UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:10-00260 |
| ) | |
| ) | **UNDER SEAL** |
| ) | |
| [1] ABDIFITAH JAMA ADAN ) | 18 U.S.C. § 2 |
|    a/k/a "SHORTY" ) | 18 U.S.C. § 371 |
|    a/k/a "FALEEBO" ) | 18 U.S.C. § 982(a)(2) |
|    a/k/a "KUZZO" ) | 18 U.S.C. § 1028(f) |
| ) | 18 U.S.C. § 1029(b)(2) |
| [2] ABDULLAHI SADE AFYARE ) | 18 U.S.C. § 1029(c)(1)(C) |
|    a/k/a "FOREHEAD" ) | 18 U.S.C. § 1512(c)(2) |
| ) | 18 U.S.C. § 1512(k) |
| [3] AHMAD ABNULNASIR AHMAD ) | 18 U.S.C. § 1591(a)(1) |
|    a/k/a "FABULOUS" ) | 18 U.S.C. § 1591(a)(2) |
| ) | 18 U.S.C. § 1591(d) |
| [4] YAHYA JAMAL AHMED ) | 18 U.S.C. § 1594(c) |
| ) | 18 U.S.C. § 1623(a) |
| [5] ABDIKARIM OSMAN ALI ) | |
|    a/k/a "HOMER" ) | |
|    a/k/a "BIG ABDI" ) | |
| ) | |
| [6] MUSSE AHMED ALI ) | |
|    a/k/a "FAT BOY" ) | |
| ) | |
| [7] HASSAN AHMED DAHIR ) | |
|    a/k/a "MOHAMED ALI HUSSEIN" ) | |
| ) | |
| [8] FADUMO MOHAMED FARAH ) | |
|    a/k/a "NAANA NAANA" ) | |
|    a/k/a "GANGSTER BOO" ) | |
|    a/k/a "BARNIE" ) | |
| ) | |
| [9] IDRIS IBRAHIM FAHRA ) | |
|    a/k/a "CHI TOWN" ) | |
| ) | |
| [10] YASIN AHMED FARAH ) | |
| ) | |

[11]  ABDULLAHI HASHI  )
    a/k/a "KAMAL"  )
    )

[12]  FATAH HAJI HASHI  )
    a/k/a "JERRY"  )
    a/k/a "JR"  )
    )

[13]  ABDIRAHMAN ABDIRAZAK HERSI  )
    a/k/a "BIGGIE"  )
    )

[14]  MUHIYADIN HASSAN HUSSEIN  )
    a/k/a "CD"  )
    )

[15]  DAHIR NOR IBRAHIM  )
    a/k/a "DAHIR LUCKY"  )
    )

[16]  ABDIFATAH BASHIR JAMA  )
    a/k/a "CASH MONEY"  )
    a/k/a "OHIO"  )
    )

[17]  ANDREW KAYACHITH  )
    a/k/a "AK"  )
    )

[18]  ABDIGADIR AHMED KHALIF  )
    a/k/a "AWALI"  )
    )

[19]  BASHIR YASIN MOHAMUD  )
    a/k/a "BR"  )
    )

[20]  MUSTAFA AHMED MOHAMED  )
    )

[21]  FUAD FAISAL NUR  )
    a/k/a "HANJULE"  )
    )

[22]  ABDIFATAH SHARIF OMAR  )
    a/k/a    "BRITISH"  )
    a/k/a    "PINKY"  )
    )

[23]  LIBAN SHARIF OMAR  )
    a/k/a    "SUNDERRA"  )
    )

[24]  MOHAMED SHARIF OMAR  )
    a/k/a "MOE D"  )
    a/k/a "MOJO"  )

[25] HAMDI ALI OSMAN )
    a/k/a "BIG HAMDI" )
    a/k/a "BOSS LADY" )
     )
[26] HAJI OSMAN SALAD )
    a/k/a "HOLLYWOOD" )
     )
[27] BIBI AHMED SAID )
     )
[28] AHMED AWEYS SHEIK )
    a/k/a "REAR HAMMER" )
    a/k/a "ABDUL" )
     )
[29] YASSIN ABDIRAHMAN YUSUF )
    a/k/a "JUNIOR" )
    a/k/a "BLACK CAT JUNIOR" )

## SEALED ORDER

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

                                                                       *John Bryant*
                                                      HONORABLE JOHN BRYANT
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: October 20, 2010