UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00260 |
| | ) | Judge Haynes |
| | ) | **UNDER SEAL** |
| | ) | |
| [1] ABDIFITAH JAMA ADAN | ) | 18 U.S.C. § 2 |
| a/k/a "SHORTY" | ) | 18 U.S.C. § 371 |
| a/k/a "FALEEBO" | ) | 18 U.S.C. § 982(a)(2) |
| a/k/a "KUZZO" | ) | 18 U.S.C. § 1001 |
| | ) | 18 U.S.C. § 1028(f) |
| [2] ABDULLAHI SADE AFYARE | ) | 18 U.S.C. § 1029(b)(2) |
| a/k/a "FOREHEAD" | ) | 18 U.S.C. § 1029(c)(1)(C) |
| | ) | 18 U.S.C. § 1425(a) |
| [3] AHMAD ABNULNASIR AHMAD | ) | 18 U.S.C. § 1512(c)(2) |
| a/k/a "FABULOUS" | ) | 18 U.S.C. § 1512(k) |
| | ) | 18 U.S.C. § 1591(a)(1) |
| [4] YAHYA JAMAL AHMED | ) | 18 U.S.C. § 1591(a)(2) |
| | ) | 18 U.S.C. § 1591(d) |
| [5] ABDIKARIM OSMAN ALI | ) | 18 U.S.C. § 1594(c) |
| a/k/a "HOMER" | ) | 18 U.S.C. § 1623(a) |
| a/k/a "BIG ABDI" | ) | |
| | ) | |
| [6] MUSSE AHMED ALI | ) | |
| a/k/a "FAT BOY" | ) | |
| | ) | |
| [7] HASSAN AHMED DAHIR | ) | |
| a/k/a "MOHAMED ALI HUSSEIN" | ) | |
| | ) | |
| [8] FADUMO MOHAMED FARAH | ) | |
| a/k/a "NAANA NAANA" | ) | |
| a/k/a "GANGSTER BOO" | ) | |
| a/k/a "BARNIE" | ) | |
| | ) | |
| [9] IDRIS IBRAHIM FAHRA | ) | |
| a/k/a "CHI TOWN" | ) | |
| | ) | |
| [10] YASIN AHMED FARAH | ) | |
| | ) | |
| [11] ABDULLAHI HASHI | ) | |
| a/k/a "KAMAL" | ) | |

[12] FATAH HAJI HASHI )
    a/k/a "JERRY" )
    a/k/a "JR" )
)
[13] ABDIRAHMAN ABDIRAZAK HERSI )
    a/k/a "BIGGIE" )
)
[14] MUHIYADIN HASSAN HUSSEIN )
    a/k/a "CD" )
)
[15] DAHIR NOR IBRAHIM )
    a/k/a "DAHIR LUCKY" )
)
[16] ABDIFATAH BASHIR JAMA )
    a/k/a "CASH MONEY" )
    a/k/a "OHIO" )
)
[17] ANDREW KAYACHITH )
    a/k/a "AK" )
)
[18] ABDIGADIR AHMED KHALIF )
    a/k/a "AWALI" )
)
[19] BASHIR YASIN MOHAMUD )
    a/k/a "BR" )
)
[20] MUSTAFA AHMED MOHAMED )
)
[21] FUAD FAISAL NUR )
    a/k/a "HANJULE" )
)
[22] ABDIFATAH SHARIF OMAR )
    a/k/a   "BRITISH" )
    a/k/a   "PINKY" )
)
[23] LIBAN SHARIF OMAR )
    a/k/a   "SUNDERRA" )
)
[24] MOHAMED SHARIF OMAR )
    a/k/a "MOE D" )
    a/k/a "MOJO" )
)
[25] HAMDI ALI OSMAN )
    a/k/a "BIG HAMDI" )
    a/k/a "BOSS LADY" )

[26] HAJI OSMAN SALAD )
 a/k/a "HOLLYWOOD" )
 )
[27] BIBI AHMED SAID )
 )
[28] AHMED AWEYS SHEIK )
 a/k/a "REAR HAMMER" )
 a/k/a "ABDUL" )
 )
[29] YASSIN ABDIRAHMAN YUSUF )
 a/k/a "JUNIOR" )
 a/k/a "BLACK CAT JUNIOR" )

## SEALED ORDER

This matter comes before the Court on the Government's Motion to Seal Superseding Indictment. It is hereby ordered that:

The Motion is granted and the Superseding Indictment is ordered sealed, pending further order of the Court, except that a copy of the Superseding Indictment: (a) may be provided by the Government to the defendants or the defendants' counsel after the defendants are arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Superseding Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

_____
HONORABLE _JOHN S. BRYANT_
UNITED STATES _MAGISTRATE_ JUDGE

Dated: _November 3, 2010_