UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-00260 |
| v. | ) | |
| | ) | JUDGE HAYNES |
| [1] ABDIFITAH JAMA ADAN et. al. | ) | |

## ORDER UNSEALING SUPERSEDING INDICTMENT

Upon motion of the United States, the Superseding Indictment filed in the above captioned matter on November 3, 2010, and the Indictment filed October 20, 2010 are hereby Ordered unsealed.

_____
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE