UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-00260 |
| v. | ) | |
| | ) | JUDGE HAYNES |
| [1] ABDIFITAH JAMA ADAN et. al. | ) | |

## ORDER UNSEALING SECOND SUPERSEDING INDICTMENT

Upon motion of the United States, the Superseding Indictment filed in the above captioned matter on May 4, 2011 is hereby Ordered unsealed.

JULIET GRIFFIN
UNITED STATES MAGISTRATE JUDGE
May 9, 2011