IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-00260 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| ABDIFITAH JAMA ADAN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Government's motion for the presence of Defendants and appointment of counsel for Defendant Abdullahi Hashi (Docket Entry No. 1156) at the status conference set for January 20, 2012 at 4:00 p.m. is **GRANTED**. The issues to be raised involve scheduling and legal issues. Out of an abundance of caution, Defendants' presence is required in the event counsel raises issues that require Defendants' presence.

It is so **ORDERED**.

**ENTERED** this the 19th day of January, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge