## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-CR-00260 |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| ABDIFITAH JAMA ADAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the motions for bill of particulars filed by the Defendants: Liban Sharif Omar, Fuad Faisal Nur, Idris Ibrahim Fahra, Muhiyadin Hussein Hassan, Abdirahman Abdirazak Hersi, Fata Haji Hashi, Abdullahi Hashi, Mohamed Sharif Omar, Mohamed Amalle, Andrew Kayachith, Mustafa Mohamed, Hamdi Ali Osman, Abdullahi Sade Afyare, and Hassan Amed Dahir (Docket Entry Nos. 1082, 1106, 1110, 1112, 1115, 1118, 1315, 1456, 1482, 1494, 1510, 1519 and 1539) are **GRANTED in part** as to dates and locations of the conspiracies in Counts 1, 2, 3, and alleged offenses in Counts 4, 11, 12, 13 and 14 that are not set forth in the Second Superseding Indictment, but are otherwise **DENIED**.

Compliance with the requirements of this Order shall be made within ten (10) days from the entry of this Order.

It is so **ORDERED**.

**ENTERED** this the _18_ day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge