UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:10-000260 |
| | ) |
| | ) JUDGE HAYNES |
| ABDIFATAH JAMA ADAN et al. | ) |
| | ) |

*ORDER*

*For the reasons stated in open court, Fed. R. Crim. P. 8 and 14 apply to all actions and the Court is bound by Sixth Circuit and Supreme Court decisions and the Victim Rights Act — null and has been honored. This motion to dismiss will not be granted.*

*3-6-12*

VICTIMS' MOTION FOR JOINDER OF DEFENDANTS TO AVOID UNREASONABLE
DELAY AND TO PROTECT THE DIGNITY AND PRIVACY OF THE VICTIMS

Pursuant to the Victim Rights Act, Title 18, United States Code, Section 3771(d)(1), the United States of America, by and through the undersigned, files the instant motion on behalf of the victims in the instant action. JD1; JD2; SB, the mother of JD2; JD3; JR, the mother of JD3; and JD5, who is not listed in any overt act of the indictment, (collectively "the victims") respectfully ask this Court to avoid making them testify more than once. More specifically, the United States, on behalf of the victims, states the following:

Title 18, United States Code, Section 3771(a), sets for the rights of victims, in relevant part as follows:

> (a) Rights of crime victims.--A crime victim has the following rights:
> . . .
> (7) The right to proceedings free from unreasonable delay.
>
> (8) The right to be treated with fairness and with respect for the victim's dignity and privacy.

Title 18, United States Code, Section 3771(d)(3) sets forth the procedure by which a Government Attorney can bring a motion on behalf of the victims as follows: