UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-cr-00260 |
| v. | ) | JUDGE HAYNES |
| [2] ABDULLAHI SADE AFYARE | ) | |
| [7] ABDULLAHI HASHI | ) | |
| [12] FATAH HAJI HASHI | ) | |
| [15] HASSAN DAHIR | ) | |
| [29] YASIN YUSUF | ) | |
| [30] MOHAMED AHMED AMALLE | ) | |

*[Handwritten annotation: Granted. The motion is DENIED as moot. [signature] 3-9-12]*

## THE GOVERNMENT'S MOTION TO STRIKE THE AFFIDAVIT ACCOMPANYING DEFENDANTS' MOTION FOR DNA SAMPLE

The United States of America (the "Government"), by and through its undersigned attorney, hereby moves this Honorable Court to strike the affidavit accompanying Defendant Yasin Yusuf's Motion to Compel a DNA sample from Ibrahim Mohamed Hassan, Jane Doe Two's (JD2) father. (DE 1751, Attached Affidavit). The only identifying information Defense Counsel Jennifer Thompson has for the affiant, Hawa Ali, is a phone number. The Government has made several attempts to contact Ms. Ali at this phone number. The Government has left several messages for the phone number that Ms. Thompson provided in both English and Somali. No one has returned the Government's call.

The Government has contacted the notary on Ms. Ali's affidavit, George W. Pett. Mr. Pett has no identifying information for Ms. Ali. Furthermore, neither David Komisar, Counsel

1