UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:10-00260 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| YASSIN YUSUF | ) | |

## MOTION TO JOIN CO-DEFENDANTS' MOTION IN LIMINE

Comes now the Defendant Yassin Yusuf, through counsel, and respectfully moves this Honorable Court to allow him to join the following Co-Defendants' Motion In Limine:

1. Co-Defendant Abdullahi Hashi's Motion In Limine #1 (D.E. # 1839);

2. Co-Defendant Fatah Haji Hashi's Motion In Limine Concerning the Government's Argument (D.E. # 1856);

3. Co-Defendant Fatah Haji Hashi's Motion In Limine Concerning Gang Membership (D.E. # 1860);

4. Co-Defendant Fatah Haji Hashi's Motion In Limine Regarding Alleged Admissions (D.E. #1861) to the extent the legal argument would similarly apply to alleged admissions attributed to Defendant Yassin Yusuf;

5. Co-Defendant Fadumo Mohamed Farah's Motion In Limine #3 (D.E. #1865);

6. Co-Defendant Idris Fahra's Motion In Limine to Prohibit the Use of "Victim" (D.E. #1867) and;

7. Co- Defendant Idris Fahra's Motion In Limine to Prohibit the Use of Diminutive Terms When Referring to Witnessess (D.E. #1868).