UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:10-cr-00260 |
| | ) | |
| v. | ) | JUDGE HAYNES |
| | ) | |
| ABDIFATAH ADAN | ) | |

## GOVERNMENT'S MOTION TO PLACE DOCKET ENTRY 2004 UNDER SEAL

*[handwritten: Granted. This motion is Granted. All ... 3-1-12]*

The United States of America, by and through the undersigned, hereby moves this Honorable Court to place docket entry 2004 under seal. On March 16, 2012, Defendant Hassan Ahmed Dahir filed a Motion to Strike Overt Act (Paragraph 20) from Counts 1 and 2 of the Superceding Indictment and Memorandum in Support. (DE 2004). The motion inadvertently attached, "Attachment 3," which has identifying information concerning a victim witness. Title 18, United States Code, Section 3509(d)(4) prohibits the disclosure of victim witness's identifying information. As a result, the Government moves to have Docket Entry 2004 placed under seal.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

By: s/Blanche B. Cook
BLANCHE B. COOK
Assistant U. S. Attorney
110 9th Avenue South

1