UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00260 |
| | ) | |
| | ) | JUDGE HAYNES |
| ABDIFATAH ADAN, et al | ) | |

**GOVERNMENT'S NOTICE OF FILING EXPERT SUMMARIES AND RESUMES**

Comes now, the United States, by and through the undersigned, and files the attached resumes and summary information for its expert witnesses.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee


 s/Blanche Cook
Blanche B. Cook
Assistant United States Attorney
110 Ninth Avenue S., Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

-1-

CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the forgoing was sent via the Court's electronic filing system or, if not registered, deposited in the United States mail to the following on this 20th day of March 2012.

**s/Blanche B. Cook**
BLANCHE COOK
Assistant United States Attorney

| | |
|---|---|
| Abdifitah Jama Adan (1)<br>John P. Cauley<br>414 Bridge Street<br>Franklin, TN 37064<br>(615) 790-2426<br>(615) 261-7070 (fax)<br>john@johncauley.com | Abdifatah Bashir Jama (16)<br>Joseph F. Edwards<br>1957 Benson Road<br>Cookeville, TN 38506<br>(931) 537-9154<br>jedwardsjd@frontiernet.net |
| Abdullahi Sade Afyare (2)<br>James A. Simmons<br>Hazel Path Mansion<br>105 Hazel Path<br>Hendersonville, TN 37075<br>(615) 824-9131<br>jas52@earthlink.net | Andrew Kayachith (17)<br>John E. Nicoll<br>Law Office of Nicoll & Nicoll<br>313 S Ramsey Street<br>Manchester, TN 37355<br>(931) 723-7885<br>john.nicoll@nicoll-law.com |
| Ahmad Abnulnasir Ahmad (3)<br>Thomas J. Drake, Jr.<br>405 ½ 31st Avenue North, Suite B<br>Nashville, TN 37209<br>(615) 320-1717<br>(615) 320-1718 (fax)<br>drakecourt@att.net | Abdigadir Ahmed Khalif (18)<br>FUGITIVE - UNKNOWN LOCATION |
| Yahya Jamal Ahmed (4)<br>James William Price, Jr.<br>Price, Hill & Kolarich<br>201 Fourth Avenue, N, Suite 1800<br>Nashville, TN 37219<br>(615) 244-5772<br>jprice@pricehillkolarich.com | Bashir Yasin Mohamud (19)<br>Bob Lynch, Jr.<br>222 Second Avenue, N, Suite 316<br>Nashville, TN 37201<br>(615) 255-2888<br>tdooley2@bellsouth.net |

| | |
|---|---|
| Abdikarim Osman Ali (5)<br>(Defendant)<br>Fugitive - IN UAE | Mustafa Ahmed Mohamed (20)<br>Clayton M. Whittaker<br>Mack & Wittaker<br>846 Oak Street<br>Chattanooga, TN 37403<br>(423) 265-4736<br>(423) 265-4815 (fax) |
| Musse Ahmed Ali (6)<br>Paul Bruno<br>Law Office of Paul J. Bruno<br>Bank of America Plaza<br>414 Union Street, STE 904<br>Nashville, TN 37219 | Barry R. Tidwell (21)<br>Price & Tidwell, LLC<br>218 W Main Street<br>Murfreesboro, TN 37130<br>(615) 893-1239<br>Email: btidwell@priceandtidwell.com |
| Hassan Ahmed Dahir (7)<br>Patrick T. McNally<br>Weatherly, McNally & Dixon, PLC<br>Fifth Third Center<br>424 Church Street, Suite 2260<br>Nashville, TN 37219<br>(615) 986-3377<br>(615) 635-0018 (fax)<br>pmcnally@wmdlawgroup.com | Abdifatah Sharif Omar (22)<br>Peter J. Strianse<br>Tune, Entrekin & White<br>AmSouth Center<br>315 Deaderick Street<br>Suite 1700<br>Nashville, TN 37238<br>(615) 244-2770<br>pstrianse@tewlawfirm.com |
| Fadumo Mohamed Farah (8)<br>Luke A. Evans<br>Bullock, Fly, Hornsby & Evans<br>P. O. Box 398<br>Murfreesboro, TN 37133<br>(615) 896-4154<br>bfhlaw@gmail.com | Liban Sharif Omar (23)<br>Gary R. Wolf<br>Commerce at the Crossing<br>Suite 205<br>250 Second Avenue South<br>Minneapolis, MN 55401<br>(612) 333-6000 |
| Idris Ibrahim Fahra (9)<br>Jennifer L. Thompson<br>715 Crescent Road<br>Nashville, TN 37205<br>(615) 320-4344<br>(615) 320-4159 (fax)<br>nashvilleattorney@gmail.com | Mohamed Sharif Omar (24)<br>Erik Herbert<br>117 Union Street<br>Nashville, TN 37201<br>615-256-6009<br>(615) 259-2666 (fax)<br>erikherbert@bellsouth.net |

| | |
|---|---|
| Yasin Ahmed Farah (10)<br>Roger N. Taylor<br>Taylor & Schechter, P.C.<br>305 14th Avenue, N<br>Nashville, TN 37203<br>(615) 320-5577<br>(615) 320-5597 (fax)<br>bo.taylor@305lawoffice.com | Hamdi Ali Osman (25)<br>Jonathan E. Richardson<br>Attorney at Law<br>Quorum Financial Center<br>4121 Clarksville Pike, Suite 7<br>Nashville, TN 37218<br>(6115) 891-7811<br>jrichardson@Jrichlaw.com<br><br>Deanna Bell Johnson<br>P. O. Box 2494<br>Brentwood, TN 37027<br>(615) 403-6622<br>djlawnashville@yahoo.com |
| Abdullahi Hashi (11)<br>David L. Cooper<br>Law Office of David L. Cooper, P. C.<br>208 Third Avenue, N, Suite 300<br>Nashville, TN 37201<br>(615) 256-1008<br>dcooper@cooperlawfirm.com | Haji Osman Salad (26)<br>Patrick G. Frogge<br>Bell, Tennent & Frogge, PLLC<br>Bank of America Plaza<br>414 Union Street, Suite 904<br>Nashville, TN 37219<br>(615) 244-1110<br>(615) 244-1114 (fax)<br>patrick@btflaw.com |
| Fatah Hashi (12)<br>John G. Oliva<br>1308 Rosa L. Parks Blvd<br>Nashville, TN 37208<br>(615) 254-0202<br>jgoliva@comcast.net | Bibi Ahmed Said (27)<br>Michael David Noel<br>5115 Maryland Way<br>Brentwood, TN 37027<br>(615) 373-5597<br>mdnoel02@bellsouth.net |
| Abdirahman Abdirazak Hersi (13)<br>Hershell D. Koger<br>135 N First Street<br>P O Box 1148<br>Pulaski, TN 38478-1148<br>(931) 424-0882<br>kogerlaw@hotmail.com | Ahmed Aweys Sheik (28)<br>B.F. Jack Lowery<br>Lowery & Lowery<br>150 Public Square<br>Lebanon, TN 37087<br>(615) 444-7222<br>jdlowery@lowerylaw.com |

| | |
|---|---|
| Muhiyadin Hussein Hassan (14)<br>Charles D. Buckholts<br>2400 Crestmoor Road<br>Nashville, TN 37215<br>(615) 386-7118<br>(615) 232-3841 (fax)<br>chuck@buckholtslaw.com | Yassin Abdirahman Yusuf (29)<br>David I. Komisar<br>211 Printer's Alley Building, Suite 400<br>Nashville, TN 37201-1414<br>(615) 242-2675<br>david.komisar@prodigy.net |
| Dahir Nor Ibrahim (15)<br>Jerry Gonzalez<br>Jerry Gonzalez, PLC<br>2441-Q Old Fort Parkway, Box 381<br>Murfreesboro, TN 37128<br>(615) 360-6060<br>(615) 360-3333 (fax)<br>jgonzalez@jglaw.net<br><br>Matthew M. Maddox<br>19695 East Main Street<br>P. O. Box 827<br>Huntingdon, TN 38344<br>(731) 986-4896<br>Fax: (731) 986-4896<br>Email: maddoxfedfile@bellsouth.net | Mohamed Ahmed Amalle (30)<br>R. Lance Miller<br>Lance Miller Law LLC<br>212 Madison Street, Suite 101A<br>Clarksville, TN 37040<br>(931)802-6180<br>(931)551-5331 Cell<br>lance@lancemillerlaw.com |