# Curriculum Vitae

## Sarah Blonk-Buck

Hennepin County Sheriff's Office
Crime Lab Unit
531 Park Avenue South
Minneapolis, MN 55415
612-596-7010

## Education

University of St.Thomas – St. Paul, MN
- 1999 Graduate – B.A. Degree in Sociology/Criminal Justice

Center for Criminal Justice & Law Enforcement Center – St. Paul, MN
- 2000 Graduate – Law Enforcement Skills Program

Normandale Community College – Bloomington, MN
- 1996 Graduate – A.A. Degree

Inver Hills Community College – Inver Hills, MN
- 1993-1994 – Major Criminal Justice

University Wisconsin LaCrosse – LaCrosse, WI
- 1993-1993 – Major Criminal Justice

University of Indianapolis, Indianapolis, IN
- 1992-1992 – Major Pre-law

Union County Community College, Cranford, NJ
- 1990-1992 - Generals

## Career Experience

**Hennepin County Sheriff's Office**

- 2008 to present   Technician assigned to Crime Lab Unit Crime Scene Section
- 2002 to 2008      Deputy Sheriff assigned to the Court Division
- 2000 to 2002      Deputy Sheriff assigned to Jail Division
- 1999 to 2000      Sheriff's Cadet assigned to Civil, Warrants & Crime Lab Divisions
- 1999 to 1999      Sheriff's Intern assigned to Patrol, Narcotics, Detectives & Crime Lab Divisions

## Certifications

- Minnesota P.O.S.T. License # 15928
- Minnesota First Responder - Basic License #509286

## Training

- Incident Response to Terrorist Bombing Performance Level Training Course; (4 hr online) Energetic Materials Research & Testing Center New Mexico Tech

- Grade Crossing Collision Investigation-Burlington Northern Santa Fe Railroad (8 hr) Crystal PD Training Facility

- Courtroom Testimony Techniques; Success Instead of Survival Conducted by Dwane Hilderbrand (Ron Smith & Assoc.) (2 days) Target Corporation Northern Campus, Brooklyn Park, MN

- Midwest Counterdrug Training Center; Fundamentals of Crime Scene Investigation by Ron Smith & Assoc. (40 hours) Camp Dodge, IA

- Digital Video Evidence Recovery; Conducted by Dorothy Stout (3 days) Target Corporation Northern Campus, Brooklyn Park, MN

- Basic Crashzone and Crimezone CAD Training; Conducted by Donald J. Schmalzbauer (3 days) Hennepin County Sheriff's Patrol, Brooklyn Park, MN

- Practical Shooting Reconstruction; Conducted by N. Leroy Parker (5 days) LETF (Law Enforcement Training Facility), Maple Grove, MN

- Bloodstain Pattern Analysis; Conducted by N. Leroy Parker (5 days) LETF (Law Enforcement Training Facility), Maple Grove, MN