### JOE COOKSLEY

**TITLE:** Forensic Scientist 2

**EDUCATION:** Bachelor of Science in Biology and Criminal Justice
University of Texas at Dallas, Richardson, Texas (2001)

Master of Science in Forensic Genetics
University of North Texas HSC, Fort Worth, Texas (2003)

**PROFESSIONAL EXPERIENCE:**

October 2006-present: Forensic Scientist 2
Minnesota Bureau of Criminal Apprehension Forensic Science Laboratory-
Biology Section, Saint Paul, Minnesota

November 2007-present:  Team Member
Minnesota Bureau of Criminal Apprehension Forensic Science
Laboratory-Crime Scene Response Team, Saint Paul, Minnesota

July 2004 – October 2006: Forensic Scientist 1
Minnesota Bureau of Criminal Apprehension Forensic Science Laboratory –
Biology Section, Saint Paul, Minnesota

Jan. 2004-July 2004: Forensic Scientist
Ohio Bureau of Criminal Investigation and Identification – Serology/DNA
unit, London, Ohio

May 2003 – July 2003: Intern
Orchid Cellmark, Nashville, Tennessee

August 2001-May 2003: Lab Assistant
University of North Texas HSC, Fort Worth, Texas
Dept. of Anatomy and Pathology

**CERTIFICATIONS:**

**TRAINING:**
Serology – Ohio BCI in-service training
Serology – Minnesota BCA in-service training
Forensic DNA Analysis – Minnesota BCA in-service training
Courtroom testimony – Ohio BCI in service training
Courtroom testimony - Minnesota BCA in service training
Presenting DNA Evidence in Court – Human Identification
Symposium (Promega 2005)
DNA statistics – presented by George Carmody
Advanced DNA Methods – presented by John Butler
Crime Scene Training – Minnesota BCA in service training
FBI DNA Auditor Training
Applied Forensic Statistics - presented by John Planz
Future Trends in Forensic DNA Technology-Applied Biosystems
Forensic Y-STR Training-Marshall University Forensic Science Center
Kinship Analysis Training-California Criminalistics Institute

UNCONTROLLED COPY WHEN PRINTED
MN BCA Forensic Science Service

**PROFESSIONAL
AFFILIATIONS:**
American Academy of Forensic Sciences
Midwestern Association of Forensic Scientists

UNCONTROLLED COPY WHEN PRINTED
MN BCA Forensic Science Service



# MINNESOTA DEPARTMENT OF PUBLIC SAFETY
### Bureau of Criminal Apprehension
### Forensic Science Laboratory – St. Paul
### 1430 Maryland Avenue East
### St. Paul, MN 55106
*TEL: (651) 793-2900 TTY: (651) 282-6555 FAX: (651) 793-2901*



### *An ASCLD/LAB Accredited Laboratory*

| | | | |
|---|---|---|---|
| To: | St. Paul Police Department<br>367 Grove Street<br>St. Paul, MN 55101 | Lab No. | S09-05767 |
| | | Report No. | 1 |

Attention: John Bandemer

## REPORT ON THE EXAMINATION OF PHYSICAL EVIDENCE
### *Nuclear DNA      06/17/2009*

| | | | |
|---|---|---|---|
| Laboratory Number: | S09-05767 | Requesting Agency: | St. Paul Police Department |
| Section Reporting: | Nuclear DNA | Agency Case Number: | 08044622 |
| Case Type: | Criminal Sexual Conduct | County: | Ramsey |

Principals: ▮▮▮▮▮ Haji Osman Salad; Andrew NMN Kayachith; Abdikarim Osman Ali; Abdullahi Sade Afyare

## Description of Submitted Evidence:

| Item | Type and Packaging | Description/Source |
|---|---|---|
| 1 | One brown paper bag containing evidence classified as bedding | sheets recovered from 6900 92nd Avenue North Brooklyn Park - agency item 1 |
| 2 | One brown paper bag containing evidence classified as bedding | sheets recovered from 6900 92nd Avenue North Brooklyn Park - agency item 5 |
| 3 | One brown paper bag containing evidence classified as bedding | sheets recovered from 6900 92nd Avenue North Brooklyn Park - agency item 6 |
| 4 | One brown paper bag containing evidence classified as bedding | sheets recovered from 6900 92nd Avenue North Brooklyn Park - agency item 7 |
| 5 | One brown paper bag containing evidence classified as a shirt | and scarf from ▮▮▮▮ collected from vehicle |
| 6 | One manila envelope containing evidence classified as a swabbing from Item | collected from inside door handle from vehicle license # XRN259 |
| 7 | One manila envelope containing evidence classified as a swabbing from Item | collected from rf inside door handle 2B vehicle license # XRN259 |
| 8 | One manila envelope containing evidence classified as a swabbing from Item | collected from rr inside door handle 2c vehicle license XRN259 |
| 9 | One manila envelope containing evidence classified as a swabbing from Item | collected from steering wheel and arm vehicle XRN259 |
| 10 | One manila envelope containing evidence classified as a swabbing from Item | collected from gear shift 2E vehicle XRN259 |
| 11 | One manila envelope containing evidence classified as a swabbing from Item | collected from inside driver door handle 2F Vehicle XRN259 |
| 12 | One manila envelope containing evidence classified as questioned fiber(s) | collected from driver's seat item 1A |
| 13 | One manila envelope containing evidence classified as questioned fiber(s) | collected from RF seat item 1B |
| 14 | One manila envelope containing evidence classified as questioned fiber(s) | collected from RR seat item 1C |
| 15 | One manila envelope containing evidence classified as questioned fiber(s) | collected from center bench item 1D |
| 16 | One manila envelope containing evidence classified as questioned fiber(s) | collected from LR seat Item 1E |
| 17 | One manila envelope containing evidence classified as | tissue from RF floor Item 3 |

Page 1 of 2



MINN      GOVERNMENT
147



an item of evidence

## Results of Laboratory Examination:

Semen was identified on the outer labia swabs (Item 18B-3) and on two areas of Item 19, which were collected as Items 19-1 and 19-3. DNA analysis can be performed on selected items when known samples from Haji Osman Salad, Andrew Kayachith, Abdikarim Osman Ali, and Abdullahi Sade Afyare are submitted to the BCA Laboratory.

Semen was not detected on the vaginal swabs (Items 18B-1 and 18B-2), inner labia swabs (Item 18B-4), cervical swabs (Item 18B-5), anal swabs (Item 18C-1), rectal swabs (Item 18C-2), shirt (Item 5A), scarf (Item 5B), and Item 17.

No examinations were performed on Items 1 through 4 and Items 6 through 16 at this time.

I hereby certify that the above report is true and accurate and represents my opinions and interpretations.

Joe Cooksley
Joe Cooksley
Forensic Scientist

## Disposition of Evidence:
Evidence will be held in the lab pending analysis.

Portions of pertinent evidence items have been removed and are being stored at the BCA laboratory. Certain items have been retained in their entirety and are being stored at the BCA laboratory.

**Distribution:** St. Paul Police Department - 2

Page 2 of 2

MINNESOTA_00007





# MINNESOTA DEPARTMENT OF PUBLIC SAFETY
### Bureau of Criminal Apprehension
### Forensic Science Laboratory – St. Paul
### 1430 Maryland Avenue East
### St. Paul, MN 55106
*TEL: (651) 793-2900  TTY: (651) 282-6555  FAX: (651) 793-2901*

### *An ASCLD/LAB Accredited Laboratory*

To: St. Paul Police Department
367 Grove Street
St. Paul, MN 55101

Lab No.    S09-05767
Report No.    2

Attention: John Bandemer

## REPORT ON THE EXAMINATION OF PHYSICAL EVIDENCE
### *Nuclear DNA    09/04/2009*

**Laboratory Number:** S09-05767
**Section Reporting:** Nuclear DNA
**Case Type:** Criminal Sexual Conduct

**Requesting Agency:** St. Paul Police Department
**Agency Case Number:** 08044622
**County:** Ramsey

**Principals** ▮▮▮▮▮▮; Haji Osman Salad; Andrew NMN Kayachith; Abdikarim Osman Ali; Abdullahi Sade Afyare; Mustaf Ali Jama; Yassin Abdirahman Yusuf

### Description of Submitted Evidence:

| Item | Type and Packaging | Description/Source |
|---|---|---|
| 18 | sexual assault evidence kit | ▮▮▮▮▮▮ |
| 19 | One brown paper bag containing evidence classified as pants | jeans belonging to ▮▮▮▮▮▮ |
| 20 | One envelope containing evidence classified as a known DNA sample collection kit | Abdullahi Sade Afyare |
| 21 | DNA Buccal Swab Kit | Abdikarim Osman Ali |
| 22 | One envelope containing evidence classified as a known DNA sample collection kit | Andrew NMN Kayachith |
| 23 | One envelope containing evidence classified as a known DNA sample collection kit | Mustaf Ali Jama |
| 24 | DNA Buccal Swab Kit | Yassin Abdirahman Yusuf |
| 25 | One envelope containing evidence classified as a known DNA sample collection kit | Abdirahman Abdirizake Hersi |
| 26 | One envelope containing evidence classified as a known DNA sample collection kit | Haji Osman Salad |

### Results of Laboratory Examination:

DNA profiling* was performed on semen previously identified on swabs of outer labia (Item 18B-3) and cuttings taken from the pants (Items 19-1 and 19-3). DNA profiling* was also performed on known samples from ▮▮▮▮▮▮ (Item 18A), Abdullahi Sade Afyare (Item 20), Abdikarim Osman Ali (Item 21), Andrew NMN Kayachith (Item 22), Mustaf Ali Jama (Item 23), and Yassin Abdirahman Yusuf (Item 24).

The DNA profile obtained from the sperm cell fraction of Item 18B-3 is consistent with being a mixture of DNA from two or more individuals. A predominant male DNA profile was obtained from the sperm cell fraction of Item 18B-3 that matches the DNA profile obtained from Abdikarim Osman Ali and does not match the DNA profiles obtained from ▮▮▮▮▮▮ Abdullahi Sade Afyare, Andrew NMN Kayachith, Mustaf Ali Jama, and Yassin Abdirahman Yusuf. The predominant DNA profile obtained from the sperm cell fraction of

Page 1 of 3

VICE

Discovery003490

GOVERNMENT EXHIBIT

Item 18B-3 would not be expected to occur more than once among unrelated individuals in the world population. Abdullahi Sade Afyare, Andrew NMN Kayachith, Mustaf Ali Jama, and Yassin Abdirahman Yusuf are excluded from being a contributor to the DNA mixture obtained from the sperm cell fraction of Item 18B-3. Minor DNA types obtained from the sperm cell fraction of Item 18B-3 were consistent with being from ████ ████ Further comparisons can be made to this DNA mixture if known samples from pertinent individuals are submitted to the BCA Laboratory.

The DNA profile obtained from the sperm cell fraction of Items 19-1 and 19-3 matches the DNA profile obtained from Abdikarim Osman Ali and does not match the DNA profile obtained from ████████ Abdullahi Sade Afyare, Andrew NMN Kayachith, Mustaf Ali Jama, and Yassin Abdirahman Yusuf. The DNA profile obtained from the sperm cell fractions of Item 19-1 and 19-3 would not be expected to occur more than once among unrelated individuals in the world population.

The DNA profile obtained from the non-sperm cell fraction of Item 19-1 is consistent with being a mixture of DNA from two or more individuals. Abdikarim Osman Ali cannot be excluded from being a possible contributor to the DNA mixture obtained from the non-sperm cell fraction of Item 19-1. It is estimated that 99.999991% of the general population can be excluded from being contributors to this DNA mixture. ████ ████ Abdullahi Sade Afyare, Andrew NMN Kayachith, Mustaf Ali Jama, and Yassin Abdirahman Yusuf are excluded from being a contributor to the DNA mixture obtained from the non-sperm cell fraction of Item 19-1. Further comparisons can be made to this DNA mixture if known samples from pertinent individuals are submitted to the BCA Laboratory.

The DNA profile obtained from Item 19-3 is consistent with being a mixture of DNA from two or more individuals. A predominant DNA profile, indicated as female, was obtained from the non-sperm cell fraction of Item 19-3 that matches the DNA profile obtained from ████████ and does not match the DNA profiles obtained from Abdikarim Osman Ali, Abdullahi Sade Afyare, Andrew NMN Kayachith, Mustaf Ali Jama, and Yassin Abdirahman Yusuf. The predominant DNA profile obtained from the non-sperm cell fraction of Item 19-3 would not be expected to occur more than once among unrelated individuals in the world population. Due to insufficient genetic information, no statement can be made regarding the source of the minor DNA types obtained from the non-sperm cell fraction of Item 19-3.

Additional DNA testing will be performed on selected items. Please notify the Biology Section of the BCA Laboratory if you have not received a report within 2 month of the date of this report. If it is determined that additional DNA analysis is not needed, please notify the Biology Section of the BCA Laboratory.

I hereby certify that the above report is true and accurate and represents my opinions and interpretations.

Katharine Lentz-Lockhart
Forensic Scientist

*DNA loci tested using PCR: D8S1179, D21S11, D7S820, CSF1P0, D3S1358, TH01, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, D5S818, FGA, and Amelogenin.

MINNESOTA_00009
Discovery003491

Laboratory No. S09-05767
Report No. 2

**Disposition of Evidence:**
Evidence will be held in the lab pending analysis. Items 20 through 24 have been returned.

Portions of pertinent evidence items have been removed and are being stored at the BCA laboratory. Items 18A, 18B-3a, and the contents of Items 20 through 24 have been retained in their entirety and are being stored at the BCA laboratory.

**Distribution:** St. Paul Police Department - 2

Page 3 of 3

MINNESOTA_00010



# MINNESOTA DEPARTMENT OF PUBLIC SAFETY
## Bureau of Criminal Apprehension
### Forensic Science Laboratory – St. Paul
1430 Maryland Avenue East
St. Paul, MN 55106

*TEL: (651) 793-2900 TTY: (651) 282-6555 FAX: (651) 793-2901*

*An ASCLD/LAB Accredited Laboratory*



| | | |
|---|---|---|
| To: | St. Paul Police Department | **Lab No.** S09-05767 |
| | 367 Grove Street | **Report No.** 3 |
| | St. Paul, MN 55101 | |

Attention: John Bandemer

## REPORT ON THE EXAMINATION OF PHYSICAL EVIDENCE
### Nuclear DNA    09/23/2009

| | | | |
|---|---|---|---|
| **Laboratory Number:** | S09-05767 | **Requesting Agency:** | St. Paul Police Department |
| **Section Reporting:** | Nuclear DNA | **Agency Case Number:** | 08044622 |
| **Case Type:** | Criminal Sexual Conduct | **County:** | Ramsey |

**Principals:** ▓▓▓▓▓▓ Haji Osman Salad; Andrew NMN Kayachith; Abdikarim Osman Ali; Abdullahi Sade Afyare; Mustaf Ali Jama; Yassin Abdirahman Yusuf; Abdirahman Abdirizake Hersi

**Description of Submitted Evidence:**

| Item | Type and Packaging | Description/Source |
|---|---|---|
| 1 | One brown paper bag containing evidence classified as bedding | sheets recovered from 6900 92nd Avenue North Brooklyn Park – agency item 1 |
| 2 | One brown paper bag containing evidence classified as bedding | sheets recovered from 6900 92nd Avenue North Brooklyn Park – agency item 5 |
| 3 | One brown paper bag containing evidence classified as bedding | sheets recovered from 6900 92nd Avenue North Brooklyn Park – agency item 6 |
| 4 | One brown paper bag containing evidence classified as bedding | sheets recovered from 6900 92nd Avenue North Brooklyn Park – agency item 7 |

**Results of Laboratory Examination:**

Semen was identified on one area of the pillowcase (Item 1B) which was collected as Item 1B-1, 3 areas of the cream colored sheet (Item 1G) which were collected as Items 1G-1 through 1G-3 , and on one area of the black and white sheet (Item 2A) which was collected as Item 2A-1. Seminal fluid was indicated on two areas of Item 1G, which were collected as Items 1G-4 and 1G-5. DNA analysis will be performed on selected items. Please notify the Biology Section of the BCA Laboratory if you have not received a report within two months of the date of this report. If it is determined that DNA analysis is not needed, please notify the Biology Section of the BCA Laboratory.

Semen was not detected on the pillow cases (Items 1A, 1C, 1D, 1E, and 2C), the shirt (Item 1F), and the sheets (Items 1H, 2B, 3A, and 3B), and Item 4. Blood was not detected on Items 1D, 1F, and 1G.

I hereby certify that the above report is true and accurate and represents my opinions and interpretations.

Page 1 of 2

*Vice*

Discovery/003493

GOVERNMENT
EXHIBIT
149

MINNES

*Joe Cooksley*

Joe Cooksley
Forensic Scientist

**Disposition of Evidence:**
Evidence will be held in the lab pending analysis.

Portions of pertinent evidence items have been removed and are being stored at the BCA laboratory.

**Distribution:**   St. Paul Police Department - 2

Page 2 of 2

MINNESOTA_00012