# CURRICULUM VITAE

## NAME:

# N. Scott Henderson

## TITLE:

**Criminalist / Forensic Scientist,** Latent Prints Section, Hennepin County Sheriff's Office, Minneapolis, Minnesota – March 2009 to Present.

## EDUCATION:

Bachelor of Science in Forensic Science, Minor in Chemistry, University of Central Florida, 1996.

## EXPERIENCE:

**Forensic Scientist I**, Latent Prints Section, Bureau of Criminal Apprehension, St. Paul, Minnesota – August 2008 to March 2009. Member of BCA Crime Scene Team.
**Crime Intelligence Analyst** – Latent Prints Section, Bureau of Criminal Apprehension, St. Paul, Minnesota – October 2007 to August 2008. Grant Position for Latent Print Processing.
**Crime Laboratory Analyst**, Crime Scene Section, Florida Department of Law Enforcement, Orlando Regional Crime Laboratory, March 2000 – September 2007.
**Crime Scene Investigator** – Orange County Sheriff's Office – January 1998 to March 2000.
**Reserve Deputy Sheriff** – Orange County Sheriff's Office – September 2000 to July 2006.
**Laboratory Analyst** – PBS&J Environmental Laboratory – February 1997 to January 1998.

## SPECIALIZED TRAINING:

Certified Latent Print Examiner – International Association for Identification (2011)

Certified by Florida Department of Law Enforcement in areas of:
- Crime Scene Processing / Documentation (2000)
- Bloodstain Pattern Analysis (2003)
- Trajectory Reconstruction (2002)

Member of Regional Domestic Security Task Force Forensic Response Team – August 2003.

Testimony in Florida Courts
- Crime Scene
- Expert Witness in Trajectory Reconstruction
- Expert Witness in Bloodstain Pattern Analysis

Testimony in Minnesota Courts
- Latent Print Examiner

*Internship* (Focus: Drug Chemistry) – Florida Department of Law Enforcement, Tampa Regional Crime Laboratory, May – July (600 hours).
*Fire Debris Analysis* – Pinellas County Laboratory – July 1996.

*Crime Scene Procedures* – Florida Department of Law Enforcement – February 1998.
*Basic Fingerprint Classification / Comparison* – Federal Bureau of Investigations – November 1998.
*Latent Print Identification* – Federal Bureau of Investigations – March 1999.
*Advanced Latent Print Development and Blood Detection Techniques* – Institute of Police Technology and Management – June 1998.
*Cyanoacrylate Techniques for Latent Fingerprints Workshop* – Detecto Print Company – February 1999.
*Bloodstain Pattern Analysis and Interpretation* – Institute of Police Technology and Management – May 1999.
*Evidentiary Photography* – Federal Bureau of Investigations – August 1999.
*Shooting Reconstruction Workshop* – Seminole County Sheriff's Office – November 1999.
*Law Enforcement Auxiliary Academy* – Valencia Community College – June - November 1999 (314 hrs.).
*Law Enforcement Academy* – Valencia Community College – January - September 2000 (696 hrs.)
*Bombing Crime Scene Investigation* – Eastern Kentucky University – June 2000.
*Crime Scene Techniques Involving Surface Skeletons and Buried Bodies* – Institute of Police Technology and Management – October 2000.
*Trajectory Analysis and Shooting Reconstruction* – Miami Dade Police Department – March 2001.
*Advanced Explosive Investigative Techniques* – Fort A.P. Hill – June 2002.
*Advanced Bloodstain Pattern Analysis* – The Metropolitan Police Institute – May 2003.
*WMD Crime Scene Management for Emergency Responders and WMD Hazmat Evidence Collection* – August 2003.
*Bloodstain and Bullet Pattern Analysis for Crime Scene Reconstruction* – Public Agency Training Council – August 2003.
*Incident Response to Terrorist Bombings* – New Mexico Tech – December 2003.
*Serial Number Restoration* – Bureau of Alcohol, Tobacco and Firearms – November 2004
*WMD Technical Emergency Response (TERT)* – Center for Domestic Preparedness – Anniston, AL – April 2004.
*Bloodstain Pattern Analysis* – The National Forensic Science Institute – January 2005.
*Advanced Practical Homicide Investigation* – Seminole County Sheriff's Office – January 2006.
*WMD Radiological/Nuclear Responder Operations* – Office for Domestic Preparedness – January 2006.
*Covert Burial* – Virginia Institute of Forensic Science and Medicine - March 2007.
*Analysis of Distortion in Latent Prints* – Minnesota BCA – June 2008.

NIJ/NFSTC New Latent Print Examiner Training Program
*Introduction to the Science of Friction Ridge Examination* – NFSTC – Largo, FL – September 2008.
*Essential Ridgeology Concepts* – NFSTC – Largo, FL – September 2008.
*Automation in Friction Ridge Examination and Collection of Known Standards* – NFSTC – Largo, FL – November 2008.
*Introduction to Courtroom Testimony Techniques* – NFSTC – Largo, FL – November 2008.
*Latent Print Development Techniques* – NFSTC – Largo, FL – November 2008.
*Fundamentals of Latent Print Examination* – NFSTC – Largo,FL – January 2009.
*Digital Imaging Concepts for Latent Print Examination* – NFSTC – Largo, FL – January 2009.
*Palm Print Comparison Techniques* – NFSTC – Largo, FL – March 2009.
*Current Issues in the Science of Friction Ridge Individualization* – NFSTC – Largo, FL – March 2009.

*Advanced Ridgeology Concepts* – NFSTC – Largo, FL – May 2009.
*Complex Latent Print Examinations and IAI Certification Preparation* – NFSTC – Largo, FL – May 2009.
*Latent Print Expert Witness Testimony and Moot Court Scenarios* – NFSTC – Largo, FL – July 2009.
*International Association for Identification Annual Conference* – Spokane, Washington – July 2010
*Advanced Latent Print Testimony Workshop* – FBI – Minneapolis, MN – April 2011
*International Association for Identification Annual Conference* – Milwaukee, Wisconsin – August 2011

**PROFESSIONAL AFFILIATIONS:**

International Association of Bloodstain Pattern Analysts (2001 to Present).
Minnesota Division of the International Association for Identification (2008 to Present)
   - Currently serve as Third Vice President on board
International Association for Identification (2008 to Present).

02/2012




# Hennepin County Sheriff's Office
## Crime Laboratory Unit

531 Park Avenue South   Minneapolis, Minnesota 55415   612-596-7010
An ASCLD/LAB Accredited Laboratory Since 2004

### Laboratory Examination Report

| | | | |
|---|---|---|---|
| **Submitting Agency:** | Richfield Police Department<br>6700 Portland Ave S<br>Richfield, MN 55423 | **Agency Case #:** | 10000841 |
| **ATTN:** | Detective Pat Moriarty | | |
| **Offense:** | Assault - Sexual<br>7640 Cedar Ave S #118<br>Richfield, MN | | |
| **Principal(s):** | (O) ▓▓▓▓▓▓▓▓▓▓ - DOB ▓▓/1992<br>(S) Hersi, Abdirahman Abdirizak - DOB 02/20/1990<br>(S) Mohamed, Mustafa Ahmed - DOB 10/04/1988<br>(V) ▓▓▓▓▓▓▓▓▓▓ - DOB ▓▓/1988<br>(S) Mohamud, Bashir Yasin - DOB 01/01/1984 | | |

| | | | |
|---|---|---|---|
| **Section Reporting:** Latent Prints | | **Laboratory Case #:** | 10-0652 |
| **Examination(s) Conducted:** Latent Print Analysis | | **Request #:** | 0017 |
| **Report Date:** November 30, 2010 | | | |

### Description of Items Examined:

Item 0041   One DVD with images (working copies) of ridge detail (Item 34) and fingerprint and right upper and lower palmprint cards for ▓▓▓▓, created by NSH on 05/16/10

### Results / Interpretations / Opinions:

The latent fingerprints marked 34A-LP1 and 34B-LP1 and the latent print impression marked 34D-LP1 (see report dated June 14, 2010; request # 0004) were compared against fingerprint and palmprint cards said to be from Abdirahman Abdirizak Hersi (DOB: 02/20/1990; MN SID: 07067483) and Bashir Yasin Mohamud (DOB: 01/01/1984; MN SID: 03013609) and a fingerprint card said to be from Mustafa Ahmed Mohamed (DOB: 10/04/1988; MN SID: 06125752), with the following results:

34A-LP1 - Hersi, Bashir Mohamud and Mustafa Mohamed can be excluded as being the source of the latent fingerprint.

34B-LP1 - Hersi, Bashir Mohamud and Mustafa Mohamed can be excluded as being the source of the latent fingerprint.

34D-LP1 - The results of the comparisons were inconclusive to Hersi, Bashir Mohamud and Mustafa Mohamed; fully-rolled inked major case prints from Hersi, Bashir Mohamud and Mustafa Mohamed must be submitted to the Crime Laboratory Unit in order to complete the comparisons.

There were no palmprint cards on file for Mustafa Ahmed Mohamed.

### Submitting Agency Follow-Up:

Known exemplars and/or additional known exemplars must be submitted to the Crime Laboratory Unit in order to complete the comparison(s). Refer to the Results/Interpretations/Opinions section above for more detailed information.

---

GOVERNMENT EXHIBIT 408

Section Reporting: Latent Prints  
Examination(s) Conducted: Latent Print Analysis

Laboratory Case #: 10-0652  
Request #: 0017

**Disposition of Evidence:**

The image disk (Item 41) will be retained by the laboratory.

**Report Distribution:**

Richfield Police Department

*N. Scott Henderson* (signature)

N. Henderson, Latent Print Examiner

Technical Review: (signature)

Administrative Review: (signature)

Document ID: Laboratory Examination Report   Version: 1.4   Issuing Authority: Laboratory Director  
Revision Date: 12/17/2009   Page 2 of 2

Discovery013206  
Case 3:10-cr-00260   Document 2038-3   Filed 03/20/12   Page 5 of 15 PageID #: 10973




# Hennepin County Sheriff's Office
## Crime Laboratory Unit



### Laboratory Examination Report

| | | | |
|---|---|---|---|
| **Submitting Agency:** | Richfield Police Department<br>6700 Portland Ave S<br>Richfield, MN 55423 | **Agency Case #:** | 10000841 |
| **ATTN:** | Detective Pat Moriarty | | |
| **Offense:** | Assault - Sexual<br>7640 Cedar Ave S #118<br>Richfield, MN | | |
| **Principal(s):** | (O) ▮▮▮▮▮▮▮▮ - DOB ▮▮/1992<br>(V) ▮▮▮▮▮▮▮▮ - DOB ▮▮ 1988 | | |

| | | | |
|---|---|---|---|
| **Section Reporting:** Biology | | **Laboratory Case #:** 10-0652 | |
| **Examination(s) Conducted:** DNA Analysis | | **Request #:** 0005 | |
| **Report Date:** August 19, 2010 | | | |

## Description of Items Examined:

| | |
|---|---|
| Item 0036 | Paper bag containing multi-colored underwear from garbage in bathroom |
| Item 0036-01 | Envelope containing cutting from underwear |
| Item 0036-02 | Envelope containing cutting from underwear |
| Item 0038 | Box said to contain sexual assault evidence collection kit |
| Item 0038-01 | Envelope containing bloodstain preparation |
| Item 0038-02 | Envelope containing vaginal swabs |
| Item 0038-03 | Envelope containing perineal swabs |
| Item 0038-04 | Envelope containing rectal swabs |

## Results / Interpretations / Opinions:

Deoxyribonucleic acid (DNA) profiling using the polymerase chain reaction (PCR)* was performed on Items 36-1, 36-2, 38-1, 38-2, 38-3 and 38-4.

The DNA profile obtained from the nonsperm cell fraction of Item 36-1 matches the DNA profile obtained from ▮▮▮▮▮▮▮▮. The probability of selecting an unrelated individual at random from the general population having a DNA profile that would match the DNA profile obtained from the nonsperm cell fraction of Item 36-1 is approximately 1 in 283,300.

The DNA profile obtained from the nonsperm cell fraction of Item 36-2 matches the DNA profile obtained from ▮▮▮▮▮▮▮▮. The DNA profile obtained from the nonsperm cell fraction of Item 36-2 would not be expected to occur more than once among unrelated individuals in the world's population.

The DNA profile obtained from the sperm cell fraction of Item 36-2 is consistent with being a mixture of DNA from two or more individuals. ▮▮▮▮▮▮▮▮ is excluded as being a contributor to this DNA mixture. This DNA mixture is unsuitable for upload to CODIS at the local, state, and national levels.

The DNA profile obtained from the sperm cell fraction of Item 38-2 is consistent with being a mixture of DNA from two or more individuals. ▮▮▮▮▮▮▮▮ cannot be excluded as being a contributor to the DNA mixture. It is estimated that 99.999998% of the general population can be excluded as being contributors to the DNA mixture. This statistic is based on 14 of 15 loci.

Discovery013166

Case 3:10-cr-00260   Document 2038-3   Filed 03/20/12   Page 6 of 15   PageID #: 10974

GOVERNMENT EXHIBIT
410

Section Reporting: Biology
Examination(s) Conducted: DNA Analysis

Laboratory Case #: 10-0652
Request #: 0005

The DNA profile obtained from the sperm cell fraction of Item 38-3 is consistent with being a mixture of DNA from two or more individuals. An unidentified predominant male DNA profile was obtained from the sperm cell fraction of Item 38-3. This predominant profile will be uploaded to CODIS at the local, state, and national levels and will be periodically searched as DNA profiles are added to these databases. Your agency will be notified if any matches are obtained. The weak DNA types obtained from the sperm cell fraction of Item 38-3 are consistent with being from ███████████.

An unidentified male DNA profile was obtained from the sperm cell fraction of Item 38-4 that is consistent with the predominant DNA profile obtained from the sperm cell fraction of Item 38-3.

No DNA profile was obtained from the sperm cell fraction of Item 36-1.

*DNA loci tested: D3S1358, D16S539, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, TH01, TPOX, CSF1PO, D7S820, Amelogenin, D2S1338, D19S433

**Submitting Agency Follow-Up:**

Please submit a known DNA sample from any suspects that are developed.

**Disposition of Evidence:**

The evidence in this case will be held until further notice.

**Report Distribution:**

Richfield Police Department

---

*Krista K. Zaruba* (signature)

Krista Zaruba, DNA Analyst

*AE* (signature) — Technical Review.

*JZ* (signature) — Administrative Review.

Document ID: Laboratory Examination Report
Revision Date: 12/17/2009
Version: 1.4
Page 2 of 2
Issuing Authority: Laboratory Director

Discovery013167
Case 3:10-cr-00260   Document 2038-3   Filed 03/20/12   Page 7 of 15 PageID #: 10975




# Hennepin County Sheriff's Office
## Crime Lab Unit

531 Park Avenue South  Minneapolis, Minnesota 55415  612-596-7010
An ASCLD/LAB Accredited Lab Since 2004

### CODIS CONVICTED OFFENDER MATCH REPORT

The purpose of this report is to inform you of a possible investigative lead related to your laboratory request. DNA analysis of evidence submitted by your agency has matched to an individual in the CODIS Database. A known DNA sample is required to confirm the match. Please contact Detective Sarah Phenow of the Hennepin County Sheriff's Office at 612-596-9841 to coordinate obtaining a known DNA sample from this individual.

Report Date: September 01, 2010                                        LIMS Request: 0011

**Results / Interpretations / Opinions:**

| | | |
|---|---|---|
| **Case Information:** | Submitting Agency: | Richfield Police Department |
| | Agency Case #: | 10000841 |
| | Agency Contact: | Detective Pat Moriarty |
| | Offense: | Assault - Sexual |
| | HCSO Crime Lab Case Number: | 10-0652 |
| | Laboratory Item Number(s) and Description: | Item 0038 — Box said to contain sexual assault evidence collection kit |
| | | Item 0038-03 — Envelope containing perineal swabs |
| **CODIS Match:** | Convicted Offender ID: | C08-009596 |
| | Name: | Mohamed, Mustafa Ahmed |
| | DOB: | 10/04/1988 |
| | FBI #: | 530762NC4 |
| | SID #: | MN06125752 |

A query of the MNJIS Integrated Search performed by the Minnesota State CODIS Administrator Indicates that Mr. Mohamed is currently incarcerated at MCF-Rush City (OID #227131), with a projected release date of 9/6/2010. The case worker is listed as Sarah Tardy (320-358-0511).

**Report Distribution:**

Richfield Police Department

---

I hereby certify that the above report is true and accurate.

*Krista K. Zaruba* (signed)                    *SLK* (signed)            *MAC* (signed)

Krista Zaruba, DNA Analyst                    Technical Review          Administrative Review

Document ID: Convicted Offender Match Report     Version: 2.3        Issuing Authority: Laboratory
Revision Date: 12/17/2009                        Page 1 of 1

**GOVERNMENT EXHIBIT 411**




## Hennepin County Sheriff's Office
## Crime Laboratory Unit

531 Park Avenue South  Minneapolis, Minnesota 55415  612-596-7010
An ASCLD/LAB Accredited Laboratory Since 2004

### Laboratory Examination Report

| | | | |
|---|---|---|---|
| **Submitting Agency:** | Richfield Police Department<br>6700 Portland Ave S<br>Richfield, MN 55423 | **Agency Case #:** | 10000841 |
| **ATTN:** | Detective Pat Moriarty | | |
| **Offense:** | Assault - Sexual<br>7640 Cedar Ave S #118<br>Richfield, MN | | |
| **Principal(s):** | (O) ▉▉▉▉▉▉▉▉▉▉ - DOB ▉▉/1992<br>(S) Hersi, Abdirahman Abdirizak - DOB 02/20/1990<br>(S) Mohamed, Bashir Yasin - DOB 01/01/1984<br>(S) Mohamed, Mustafa Ahmed - DOB 10/04/1988<br>(V) ▉▉▉▉▉▉▉▉▉▉ - DOB ▉▉/1988 | | |

**Section Reporting:** Biology                        **Laboratory Case #:** 10-0652
**Examination(s) Conducted:** DNA Analysis            **Request #:** 0014
**Report Date:** October 07, 2010

### Description of Items Examined:

| | |
|---|---|
| Item 0036 | Paper bag containing multi-colored underwear from garbage in bathroom |
| Item 0036-02 | Envelope containing cutting from underwear |
| Item 0038 | Box said to contain sexual assault evidence collection kit |
| Item 0038-02 | Envelope containing vaginal swabs |
| Item 0038-03 | Envelope containing perineal swabs |
| Item 0038-04 | Envelope containing rectal swabs |
| Item 0043 | Envelope said to contain known buccal sample from MOHAMED, MUSTAFA |
| Item 0044 | Envelope said to contain known buccal sample from HERSI |

### Results / Interpretations / Opinions:

Deoxyribonucleic acid (DNA) profiling using the polymerase chain reaction (PCR)* was performed on Items 43 and 44 and was previously performed on Items 36-2, 38-2, 38-3 and 38-4.

The predominant DNA profile obtained from the sperm cell fraction of Item 38-3 matches the DNA profile obtained from Mustafa Mohamed and does not match the DNA profile obtained from Abdirahman Hersi. The predominant DNA profile obtained from the sperm cell fraction of Item 38-3 would not be expected to occur more than once among unrelated individuals in the world's population.

The DNA profile obtained from the sperm cell fraction of Item 38-4 matches the DNA profile obtained from Mustafa Mohamed and does not match the DNA profile obtained from Abdirahman Hersi. The DNA profile obtained from the sperm cell fraction of Item 38-4 would not be expected to occur more than once among unrelated individuals in the world's population.

Mustafa Mohamed cannot be excluded as being a contributor to the DNA mixture obtained from the sperm cell fraction of Item 36-2. It is estimated that 99.98% of the general population can be excluded as being contributors to the DNA mixture. This statistic is based on 4 of 15 loci. Abdirahman Hersi is excluded as being a contributor to this

Discovery013169

GOVERNMENT EXHIBIT

Section Reporting: Biology  
Examination(s) Conducted: DNA Analysis  
Laboratory Case #: 10-0652  
Request #: 0014

DNA mixture.

Mustafa Mohamed cannot be excluded as being a contributor to the DNA mixture obtained from the sperm cell fraction of Item 38-2. It is estimated that 99.999998% of the general population can be excluded as being contributors to the DNA mixture. This statistic is based on 14 of 15 loci. Abdirahman Hersi is excluded as being a contributor to this DNA mixture.

Additional testing will be performed on select items.

*DNA loci tested: D3S1358, D16S539, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, TH01, TPOX, CSF1PO, D7S820, Amelogenin, D2S1338, D19S433

**Submitting Agency Follow-Up:**

Please submit a known DNA sample from any additional suspects that are developed.

**Disposition of Evidence:**

The evidence in this case will be held until further notice.

**Report Distribution:**

Richfield Police Department

*[signature: Krista K. Zaruba]*

Krista Zaruba, DNA Analyst

*[signature]* Technical Review

*[signature]* Administrative Review

Discovery013170

 

## Hennepin County Sheriff's Office
### Crime Laboratory Unit

531 Park Avenue South  Minneapolis, Minnesota 55415  612-596-7010
An ASCLD-LAB Accredited Laboratory Since 2004

### Laboratory Examination Report

| | | | |
|---|---|---|---|
| **Submitting Agency:** | Richfield Police Department<br>6700 Portland Ave S<br>Richfield, MN 55423 | **Agency Case #:** | 10000841 |
| **ATTN:** | Detective Pat Moriarty | | |
| **Offense:** | Assault - Sexual<br>7640 Cedar Ave S #118<br>Richfield, MN | | |
| **Principal(s):** | (O) ▓▓▓▓▓▓▓ - DOB ▓▓/1992<br>(S) Hersi, Abdirahman Abdirizak - DOB 02/20/1990<br>(S) Mohamed, Bashir Yasin - DOB 01/01/1984<br>(S) Mohamed, Mustafa Ahmed - DOB 10/04/1988<br>(V) ▓▓▓▓▓▓▓ - DOB ▓▓/1988 | | |

**Section Reporting:** Biology  
**Examination(s) Conducted:** DNA Analysis  
**Report Date:** November 03, 2010  

**Laboratory Case #:** 10-0652  
**Request #:** 0015  

### Description of Items Examined:

| Item | Description |
|---|---|
| Item 0005 | Envelope containing cigarette butt from entertainment center |
| Item 0006 | Envelope containing swabbing of Colt 45 beer can on entertainment center |
| Item 0007 | Envelope containing swabbing of Colt 45 beer can on floor west of night stand |
| Item 0008 | Envelope containing swabbing of Colt 45 beer can on night stand |
| Item 0009 | Envelope containing 5 cigarette butts from night stand |
| Item 0009-01 | One cigarette butt |
| Item 0009-02 | Envelope containing one cigarette butt |
| Item 0009-03 | Envelope containing one cigarette butt |
| Item 0009-04 | Envelope containing one cigarette butt |
| Item 0009-05 | Envelope containing one cigarette butt |
| Item 0010 | Envelope containing swabbing of mouth of vodka bottle on night stand |
| Item 0011 | Envelope containing cigarette butt on floor east of east bed |
| Item 0021 | Envelope containing swabbing from Colt 45 beer can from under sheet east of east bed |
| Item 0022 | Envelope containing swabbing from Colt 45 beer can from under east bed |
| Item 0038 | Box said to contain sexual assault evidence collection kit from ▓▓▓▓▓▓▓ |
| Item 0038-01 | Envelope containing bloodstain preparation |
| Item 0042 | Envelope said to contain known buccal sample from MOHAMED, BASHIR |
| Item 0043 | Envelope said to contain known buccal sample from MOHAMED, MUSTAFA |
| Item 0044 | Envelope said to contain known buccal sample from HERSI |

### Results / Interpretations / Opinions:

Deoxyribonucleic acid (DNA) profiling using the polymerase chain reaction (PCR)* was performed on Items 5, 6, 7, 8,

GOVERNMENT EXHIBIT
413

9-1, 9-2, 9-3, 9-4, 9-5, 10, 11, 21 and 22 and was previously performed on Items 38-1, 42, 43 and 44.

An unidentified male DNA profile was obtained from Items 9-3, 21 and 22. This profile will be uploaded to CODIS at the local, state, and national levels and will be periodically searched as DNA profiles are added to these databases. Your agency will be notified if any matches are obtained.

The DNA profile obtained from Item 10 is consistent with being a mixture of DNA from two or more individuals. A second unidentified predominant male DNA profile was obtained from Item 10. This predominant profile will be uploaded to CODIS at the local, state, and national levels and will be periodically searched as DNA profiles are added to these databases. Your agency will be notified if any matches are obtained. Due to insufficient genetic information, no statement can be made regarding the minor DNA contributor(s) obtained from Item 10.

The DNA profile obtained from Item 11 is consistent with being a mixture of DNA from two or more individuals. The predominant DNA profile obtained from Item 11 matches the DNA profile obtained from Abdirahman Hersi. The predominant DNA profile obtained from Item 11 would not be expected to occur more than once among unrelated individuals in the world's population. Due to insufficient genetic information, no statement can be made regarding the minor DNA contributor(s) obtained from Item 11.

The DNA profile obtained from Item 5 is consistent with being a mixture of DNA from two or more individuals. The predominant DNA profile obtained from Item 5 is consistent with the DNA profile obtained from Items 9-3, 21 and 22. Mustafa Mohamed cannot be excluded as being a contributor to the DNA mixture. It is estimated that 99.997% of the general population can be excluded as being contributors to the DNA mixture. This statistic is based on 11 of 15 loci. [REDACTED], Bashir Mohamed and Abdirahman Hersi are excluded as being contributors to this mixture. This DNA mixture is unsuitable for upload to CODIS at the local, state, and national levels.

The DNA profile obtained from Item 6 is consistent with being a mixture of DNA from two or more individuals. Mustafa Mohamed cannot be excluded as being a contributor to the DNA mixture. It is estimated that 99.87% of the general population can be excluded as being contributors to the DNA mixture. This statistic is based on 6 of 15 loci. [REDACTED], Bashir Mohamed and Abdirahman Hersi are excluded as being contributors to this mixture. This DNA mixture is unsuitable for upload to CODIS at the local, state, and national levels.

The DNA profile obtained from Item 7 is consistent with being a mixture of DNA from two or more individuals. [REDACTED] cannot be excluded as being a contributor to the DNA mixture. It is estimated that 99.9999993% of the general population can be excluded as being contributors to the DNA mixture. This statistic is based on 15 of 15 loci. Bashir Mohamed, Mustafa Mohamed and Abdirahman Hersi are excluded as being contributors to this mixture.

The DNA profile obtained from Item 8 is consistent with being a mixture of DNA from two or more individuals. [REDACTED] and Bashir Mohamed cannot be excluded as being contributors to the DNA mixture. It is estimated that 99.998% of the general population can be excluded as being contributors to the DNA mixture. This statistic is based on 12 of 15 loci. Mustafa Mohamed and Abdirahman Hersi are excluded as being contributors to this mixture.

The partial DNA profile obtained from Item 9-1 is consistent with being a mixture of DNA from two or more individuals. Abdirahman Hersi cannot be excluded as being a contributor to the DNA mixture. It is estimated that 99.90% of the general population can be excluded as being contributors to the DNA mixture. This statistic is based on 5 of 15 loci. [REDACTED], Bashir Mohamed and Mustafa Mohamed are excluded as being contributors to this mixture.

The DNA profile obtained from Item 9-2 is consistent with being a mixture of DNA from three or more individuals. The predominant DNA profile obtained from Item 9-2 is consistent with the DNA profile obtained from Items 9-3, 21 and 22. Bashir Mohamed and Mustafa Mohamed cannot be excluded as being contributors to the DNA mixture. It is estimated that 99.98% of the general population can be excluded as being contributors to the DNA mixture. This statistic is based on 9 of 15 loci. [REDACTED] and Abdirahman Hersi are excluded as being contributors to this mixture.

The DNA profile obtained from Item 9-4 is consistent with being a mixture of DNA from three or more individuals. Bashir Mohamed and Abdirahman Hersi cannot be excluded as being a contributor to the DNA mixture. It is

Document ID: Laboratory Examination Report  
Revision Date: 12/17/2009  
Version: 1.4  
Page 2 of 3  
Issuing Authority: Laboratory Director

Discovery013202  
Case 3:10-cr-00260   Document 2038-3   Filed 03/20/12   Page 12 of 15 PageID #: 10980

estimated that 99.998% of the general population can be excluded as being contributors to the DNA mixture. This statistic is based on 11 of 15 loci. ▇▇▇▇▇▇▇ and Mustafa Mohamed are excluded as being contributors to this DNA mixture. This DNA mixture is unsuitable for upload to CODIS at the local, state, and national levels.

The DNA profile obtained from Item 9-5 is consistent with being a mixture of DNA from three or more individuals. Bashir Mohamed and Abdirahman Hersi cannot be excluded as being contributors to the DNA mixture. It is estimated that 99.995% of the general population can be excluded as being contributors to the DNA mixture. This statistic is based on 10 of 15 loci. ▇▇▇▇▇▇▇ and Mustafa Mohamed are excluded as being contributors to this DNA mixture. This DNA mixture is unsuitable for upload to CODIS at the local, state, and national levels.

*DNA loci tested: D3S1358, D16S539, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, TH01, TPOX, CSF1PO, D7S820, Amelogenin, D2S1338, D19S433

**Submitting Agency Follow-Up:**

Please submit a known DNA sample from any additional suspects that are developed.

**Disposition of Evidence:**

The evidence in this case will be held until further notice.

**Report Distribution:**

Richfield Police Department

_Krista K. Zaruba_ [signature]

Krista Zaruba, DNA Analyst

_AE_ [signature] Technical Review.

_udl_ [signature] Administrative Review.




# Hennepin County Sheriff's Office
## Crime Laboratory Unit

531 Park Avenue South   Minneapolis, Minnesota 55415   612-596-7010
An ASCLD/LAB Accredited Laboratory Since 2004

### Laboratory Examination Report

| | | | |
|---|---|---|---|
| **Submitting Agency:** | Richfield Police Department<br>6700 Portland Ave S<br>Richfield, MN 55423 | **Agency Case #:** | 10000841 |
| **ATTN:** | Detective Pat Moriarty | | |
| **Offense:** | Assault - Sexual<br>7640 Cedar Ave S #118<br>Richfield, MN | | |
| **Principal(s):** | (O) ▇▇▇▇▇▇▇▇▇▇ - DOB ▇▇/1992<br>(S) Hersi, Abdirahman Abdirizak - DOB 02/20/1990<br>(S) Mohamed, Mustafa Ahmed - DOB 10/04/1988<br>(V) ▇▇▇▇▇▇▇▇ - DOB ▇▇/1988<br>(S) Mohamud, Bashir Yasin - DOB 01/01/1984 | | |

**Section Reporting:** Latent Prints  
**Examination(s) Conducted:** Latent Print Analysis  
**Report Date:** November 30, 2010

**Laboratory Case #:** 10-0652  
**Request #:** 0017

### Description of Items Examined:

Item 0041    One DVD with images (working copies) of ridge detail (Item 34) and fingerprint and right upper and lower palmprint cards for ▇▇▇ created by NSH on 05/16/10

### Results / Interpretations / Opinions:

The latent fingerprints marked 34A-LP1 and 34B-LP1 and the latent print impression marked 34D-LP1 (see report dated June 14, 2010; request # 0004) were compared against fingerprint and palmprint cards said to be from Abdirahman Abdirizak Hersi (DOB: 02/20/1990; MN SID: 07067483) and Bashir Yasin Mohamud (DOB: 01/01/1984; MN SID: 03013609) and a fingerprint card said to be from Mustafa Ahmed Mohamed (DOB: 10/04/1988; MN SID: 06125752), with the following results:

34A-LP1 - Hersi, Bashir Mohamud and Mustafa Mohamed can be excluded as being the source of the latent fingerprint.

34B-LP1 - Hersi, Bashir Mohamud and Mustafa Mohamed can be excluded as being the source of the latent fingerprint.

34D-LP1 - The results of the comparisons were inconclusive to Hersi, Bashir Mohamud and Mustafa Mohamed; fully-rolled inked major case prints from Hersi, Bashir Mohamud and Mustafa Mohamed must be submitted to the Crime Laboratory Unit in order to complete the comparisons.

There were no palmprint cards on file for Mustafa Ahmed Mohamed.

### Submitting Agency Follow-Up:

Known exemplars and/or additional known exemplars must be submitted to the Crime Laboratory Unit in order to complete the comparison(s). Refer to the Results/Interpretations/Opinions section above for more detailed information.

---

**Document ID:** Laboratory Examination Report    **Version:** 1.4    **Issuing Authority:** Labor[atory]  
**Revision Date:** 12/17/2009    Page 1 of 2

Discovery013205

**GOVERNMENT EXHIBIT** 415

**Disposition of Evidence:**

The image disk (Item 41) will be retained by the laboratory.

**Report Distribution:**

Richfield Police Department

*N. Scott Henderson*

N. Henderson, Latent Print Examiner

Technical Review:        Administrative Review: