Curriculum Vitae
March 2012

# Anthony Johnson

**TITLE:** Forensic Technician- Biology Screener

**EDUCATION:** Bachelor of Arts, Criminal Justice
Forensic Science Certificate
Hamline University, May 2007

**EXPERIENCE:** January 2010- Present: Forensic Technician
Hennepin County Sheriff Office- Crime Lab
Biology Section

March 2007- May 2008: Intern
Saint Paul Police Department Crime Lab

**PROFESSIONAL ORGANIZATIONS:** Midwestern Association of Forensic Scientists- Associate Member

**TRAINING:** In-service training: Serology – HCSO Crime Lab
Courtroom Testimony Training – HCSO Crime Lab
Bloodstain Pattern Analysis – Maple Grove, MN
Courtroom Testimony Training – BCA, MN
Midwestern Association of Forensic Scientists, Annual Meeting – Kansas City, MO
Hair Evaluation for DNA Analysis, West Virginia University
Population Genetics and Biostatistical Interpretation of DNA Evidence, HCSO PSF

# ASCLD/LAB-*International*

# STATEMENT OF QUALIFICATIONS

| Name | Anthony Johnson | Date | 01/30/12 |
|---|---|---|---|

| Laboratory | Hennepin County Sheriff's Office Crime Laboratory |
|---|---|

| Job Title | Forensic Technician (Serology Screener) |
|---|---|

**Indicate all disciplines in which you do casework:**

- ☐ Controlled Substances
- ☐ Firearms/Toolmarks
- ☐ Trace Evidence
- ☐ Latent Prints
- ☐ Digital Evidence
- ☐ Toxicology
- ☒ Biology
- ☐ Questioned Documents
- ☐ Crime Scene

**List all sub-disciplines in which you do casework:**

Serology (Body Fluid Identification)

**Education:** List all higher academic institutions attended (list high school only if no college degree has been attained)

| Institution | Dates Attended | Major | Degree Completed |
|---|---|---|---|
| Hamline University | 09/2003-05/2007 | Criminal Justice/Forensic Science | Bachelor of Arts (Criminal Justice), Forensic Certificate |
| | | | |
| | | | |
| | | | |
| | | | |

**Other Training:** List continuing education, workshops, in-service and other formal training received.

2010 In service training- Serology, HCSO Crime Lab
2010 Courtroom Testimony Training, HCSO Crime Lab
2010 Bloodstain Pattern Analysis, Maple Grove, MN
2010 Courtroom Testimony Training, BCA, MN
2010 Midwestern Association of Forensic Scientists- Annual meeting, Kansas City, MO.
2011 Hair Evaluation for DNA Analysis, West Virginia University
2011 Population Genetics and Biostatistical Interpretation of DNA Evidence, HCSO PSF

**Courtroom Experience:** List the discipline(s) in which you have qualified to testify as an expert witness and indicate over what period of time and approximately how many times you have testified in each.

Qualified as an expert witness in Forensic Biology 8/26/10, testified two times

**Professional Affiliations:** List any professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

Midwestern Association of Forensic Scientists- Associate Member

**Employment History:** List all scientific or technical positions held, particularly those related to forensic science. List current position first. Be sure to indicate employer and give a brief summary of principal duties and tenure in each position.

| Job Title | Forensic Technician | Tenure | 01/2010-Present |
|---|---|---|---|
| Employer | Hennepin County Sheriff Office Crime Lab | | |

ASCLD/LAB-*International* Statement of Qualifications
Approval Date: January 4, 2007
Approved By: Executive Director

Page 1 of 2
Effective Date: January 22, 2007
AL-PD-3018-Ver 1.0

Case 3:10-cr-00260   Document 2038-4   Filed 03/20/12   Page 2 of 5 PageID #: 10985

| Provide a brief description of principal duties: |
| --- |
| Perform initial examination and screening of biological evidence submitted into the lab. |

| Job Title | Intern/Volunteer | Tenure | 03/2007-05/2008 |
| --- | --- | --- | --- |
| Employer | St. Paul Police Department Crime Lab | | |
| Provide a brief description of principal duties: | | | |
| Process evidence, package evidence for property room, presumptive DNA swabbing, writing case reports, processing crime scenes and search warrants. | | | |

| Job Title | | Tenure | |
| --- | --- | --- | --- |
| Employer | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| Job Title | | Tenure | |
| --- | --- | --- | --- |
| Employer | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| Job Title | | Tenure | |
| --- | --- | --- | --- |
| Employer | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

**Other Qualifications:** List below any scientific publication and/or presentation you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualification as a forensic scientist.
(Use additional sheets if necessary.)

ASCLD/LAB-*International* Statement of Qualifications
Approval Date: January 4, 2007
Approved By: Executive Director

Page 2 of 2
Effective Date: January 22, 2007
AL-PD-3018-Ver 1.0

Case 3:10-cr-00260   Document 2038-4   Filed 03/20/12   Page 3 of 5 PageID #: 10986




# Hennepin County Sheriff's Office
## Crime Laboratory Unit

531 Park Avenue South   Minneapolis, Minnesota 55415   612-596-7010
An ASCLD/LAB Accredited Laboratory Since 2004

### Laboratory Examination Report

| | |
|---|---|
| **Submitting Agency:** Richfield Police Department<br>6700 Portland Ave S<br>Richfield, MN 55423 | **Agency Case #:** 10000841 |
| **ATTN:** Investigative Supervisor | |
| **Offense:** Assault - Sexual<br>7640 Cedar Ave S #118<br>Richfield, MN | |
| **Principal(s):** (V) [redacted] - DOB 01/01/1988 | |

| | |
|---|---|
| **Section Reporting:** Biology | **Laboratory Case #:** 10-0652 |
| **Examination(s) Conducted:** Biology Processing | **Request #:** 0002 |
| **Report Date:** June 18, 2010 | |

**Description of Associated Items:**

| Item | Description |
|---|---|
| Item 0001 | Envelope containing swabbing of unknown liquid on pizza box (stain A) |
| Item 0002 | Envelope containing swabbing of unknown liquid on pizza box (stain B) |
| Item 0003 | Envelope containing swabbing of unknown liquid on pizza box (stain C) |
| Item 0004 | Envelope containing swabbing of unknown liquid on pizza box (stain D) |
| Item 0005 | Envelope containing cigarette butt from entertainment center |
| Item 0006 | Envelope containing swabbing of Colt 45 beer can on entertainment center |
| Item 0007 | Envelope containing swabbing of Colt 45 beer can on floor west of night stand |
| Item 0008 | Envelope containing swabbing of Colt 45 beer can on night stand |
| Item 0009 | Envelope containing 5 cigarette butts from night stand |
| Item 0010 | Envelope containing swabbing of mouth of vodka bottle on night stand |
| Item 0011 | Envelope containing cigarette butt on floor east of east bed |
| Item 0012 | Paper bag containing white towel by chair by front door |
| Item 0013 | Paper bag containing white wash cloth on floor south of east bed |
| Item 0014 | Paper bag containing misc tissues from floor |
| Item 0015 | Paper bag containing wash cloth on floor south of west bed |
| Item 0016 | Paper bag containing towel from floor west of night stand |
| Item 0017 | Paper bag containing towel south of night stand |
| Item 0018 | Paper bag containing pillow case from west bed |
| Item 0019 | Paper bag containing two pillow cases from east bed |
| Item 0020 | Paper bag containing sheet from floor east of east bed |
| Item 0021 | Envelope containing swabbing from Colt 45 beer can from under sheet east of east bed |
| Item 0022 | Envelope containing swabbing from Colt 45 beer can from under east bed |
| Item 0023 | Bag containing condoms, wrappers and cigarette butt from toilet |
| Item 0024 | Envelope containing condom wrapper from floor by toilet |

Section Reporting: Biology  
Examination(s) Conducted: Biology Processing  
Laboratory Case #: 10-0652  
Request #: 0002

| Item | Description |
|---|---|
| Item 0025 | Paper bag containing green blanket from SW corner of room floor |
| Item 0026 | Paper bag containing green blanket from floor south of west bed |
| Item 0027 | Paper bag containing bedding from floor north of entertainment center |
| Item 0028 | Paper bag containing bedding from floor south of east bed |
| Item 0029 | Paper bag containing bedding from floor east of east bed |
| Item 0030 | Paper bag containing towel from floor east of east bed |
| Item 0031 | Paper bag containing pillow case from pillow in bathroom |
| Item 0032 | Paper bag containing towel from garbage in bathroom |
| Item 0035 | Paper bag containing sheet from east bed |
| Item 0036 | Paper bag containing multi-colored underwear from garbage in bathroom |
| Item 0036-01 | Envelope containing cutting from underwear |
| Item 0036-02 | Envelope containing cutting from underwear |
| Item 0038 | Box said to contain sexual assault evidence collection kit |
| Item 0038-01 | Envelope containing bloodstain preparation |
| Item 0038-02 | Envelope containing vaginal swabs |
| Item 0038-03 | Envelope containing perineal swabs |
| Item 0038-04 | Envelope containing rectal swabs |
| Item 0038-05 | Envelope containing oral swabs |

### Results / Interpretations / Opinions:

Human saliva was indicated on Items 38-2 and 38-3.

Blood was indicated on Item 36.

Human semen was identified on Items 36-1, 36-2, 38-2, 38-3, and 38-4.

Human semen was not detected on Item 38-5.

No examinations were performed on Items 1-32 and 35.

DNA testing will be initiated.

### Submitting Agency Follow-Up:

Please submit known DNA samples from any suspects developed to the Hennepin County Sheriff's Office Crime Lab.

### Disposition of Evidence:

The evidence in this case will be held until further notice.

### Report Distribution:

Richfield Police Department

---

Anthony Johnson, Serology Screener

Technical Review: KRH  
Administrative Review:

---

Document ID: Biology Processing Examination Report  
Revision Date: 12/17/2009  
Version: 1.4  
Page 2 of 2  
Issuing Authority: Laboratory Director

Discovery013273