



# MINNESOTA DEPARTMENT OF PUBLIC SAFETY
Bureau of Criminal Apprehension
Forensic Science Laboratory – St. Paul
1430 Maryland Avenue East
St. Paul, MN  55106

*TEL: (651) 793-2900  TTY: (651) 282-6555  FAX: (651) 793-2901*

### *An ASCLD/LAB Accredited Laboratory*

To: St. Paul Police Department
367 Grove Street
St. Paul, MN  55101

Lab No.  S09-05767
Report No.  2

Attention: John Bandemer

## REPORT ON THE EXAMINATION OF PHYSICAL EVIDENCE
*Nuclear DNA* · 09/04/2009

Laboratory Number: S09-05767
Section Reporting: Nuclear DNA
Case Type: Criminal Sexual Conduct

Requesting Agency: St. Paul Police Department
Agency Case Number: 08044622
County: Ramsey

Principals: ███████  Haji Osman Salad;  Andrew NMN Kayachith;  Abdikarim Osman Ali;  Abdullahi Sade Afyare;  Mustaf Ali Jama;  Yassin Abdirahman Yusuf

## Description of Submitted Evidence:

| Item | Type and Packaging | Description/Source |
|---|---|---|
| 18 | sexual assault evidence kit | ███████ |
| 19 | One brown paper bag containing evidence classified as pants | jeans belonging to ███████ |
| 20 | One envelope containing evidence classified as a known DNA sample collection kit | Abdullahi Sade Afyare |
| 21 | DNA Buccal Swab Kit | Abdikarim Osman Ali |
| 22 | One envelope containing evidence classified as a known DNA sample collection kit | Andrew NMN Kayachith |
| 23 | One envelope containing evidence classified as a known DNA sample collection kit | Mustaf Ali Jama |
| 24 | DNA Buccal Swab Kit | Yassin Abdirahman Yusuf |
| 25 | One envelope containing evidence classified as a known DNA sample collection kit | Abdirahman Abdirizake Hersi |
| 26 | One envelope containing evidence classified as a known DNA sample collection kit | Haji Osman Salad |

## Results of Laboratory Examination:

DNA profiling* was performed on semen previously identified on swabs of outer labia (Item 18B-3) and cuttings taken from the pants (Items 19-1 and 19-3).  DNA profiling* was also performed on DNA obtained from known samples from ███████ (Item 18A), Abdullahi Sade Afyare (Item 20), Abdikarim Osman Ali (Item 21), Andrew NMN Kayachith (Item 22), Mustaf Ali Jama (Item 23), and Yassin Abdirahman Yusuf (Item 24).

The DNA profile obtained from the sperm cell fraction of Item 18B-3 is consistent with being a mixture of DNA from two or more individuals.  A predominant male DNA profile was obtained from the sperm cell fraction of Item 18B-3 that matches the DNA profile obtained from Abdikarim Osman Ali and does not match the DNA profiles obtained from ███████ Abdullahi Sade Afyare, Andrew NMN Kayachith, Mustaf Ali Jama, and Yassin Abdirahman Yusuf. The predominant DNA profile obtained from the sperm cell fraction of

Page 1 of 3

Discovery003701

GOVERNMENT EXHIBIT
197-B
CARDELL 800-788-0299

Item 18B-3 would not be expected to occur more than once among unrelated individuals in the world population. Abdullahi Sade Afyare, Andrew NMN Kayachith, Mustaf Ali Jama, and Yassin Abdirahman Yusuf are excluded from being a contributor to the DNA mixture obtained from the sperm cell fraction of Item 18B-3. Minor DNA types obtained from the sperm cell fraction of Item 18B-3 were consistent with being from ██████ ██████ Further comparisons can be made to this DNA mixture if known samples from pertinent individuals are submitted to the BCA Laboratory.

The DNA profile obtained from the sperm cell fraction of Items 19-1 and 19-3 matches the DNA profile obtained from Abdikarim Osman Ali and does not match the DNA profile obtained from ██████████ Abdullahi Sade Afyare, Andrew NMN Kayachith, Mustaf Ali Jama, and Yassin Abdirahman Yusuf. The DNA profile obtained from the sperm cell fractions of Item 19-1 and 19-3 would not be expected to occur more than once among unrelated individuals in the world population.

The DNA profile obtained from the non-sperm cell fraction of Item 19-1 is consistent with being a mixture of DNA from two or more individuals. Abdikarim Osman Ali cannot be excluded from being a possible contributor to the DNA mixture obtained from the non-sperm cell fraction of Item 19-1. It is estimated that 99.999991% of the general population can be excluded from being contributors to this DNA mixture. ██████ Abdullahi Sade Afyare, Andrew NMN Kayachith, Mustaf Ali Jama, and Yassin Abdirahman Yusuf are excluded from being a contributor to the DNA mixture obtained from the non-sperm cell fraction of Item 19-1. Further comparisons can be made to this DNA mixture if known samples from pertinent individuals are submitted to the BCA Laboratory.

The DNA profile obtained from Item 19-3 is consistent with being a mixture of DNA from two or more individuals. A predominant DNA profile, indicated as female, was obtained from the non-sperm cell fraction of Item 19-3 that matches the DNA profile obtained from ██████████ and does not match the DNA profiles obtained from Abdikarim Osman Ali, Abdullahi Sade Afyare, Andrew NMN Kayachith, Mustaf Ali Jama, and Yassin Abdirahman Yusuf. The predominant DNA profile obtained from the non-sperm cell fraction of Item 19-3 would not be expected to occur more than once among unrelated individuals in the world population. Due to insufficient genetic information, no statement can be made regarding the source of the minor DNA types obtained from the non-sperm cell fraction of Item 19-3.

Additional DNA testing will be performed on selected items. Please notify the Biology Section of the BCA Laboratory if you have not received a report within 2 month of the date of this report. If it is determined that additional DNA analysis is not needed, please notify the Biology Section of the BCA Laboratory.

I hereby certify that the above report is true and accurate and represents my opinions and interpretations.

*(signature)*

Katharine Lentz-Lockhart
Forensic Scientist

*DNA loci tested using PCR: D8S1179, D21S11, D7S820, CSF1P0, D3S1358, THO1, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, D5S818, FGA, and Amelogenin.

Page 2 of 3

Discovery003702

**Disposition of Evidence:**
Evidence will be held in the lab pending analysis. Items 20 through 24 have been returned.

Portions of pertinent evidence items have been removed and are being stored at the BCA laboratory. Items 18A, 18B-3a, and the contents of Items 20 through 24 have been retained in their entirety and are being stored at the BCA laboratory.

**Distribution:** St. Paul Police Department - 2

Discovery003703

# Nashville General Hospital at Meharry



▷ Metropolitan Nashville Hospital Authority

## ☺ur Kids Center

1804 Hayes Street
Nashville, TN 37203

NAME: ████████████    MOTHER: ███████
UNIT#: 760511              COUNTY: Minnesota
ACCT#: ████████          LAW ENFORCEMENT: Det. Woody Ledford
DOB: ████████            Metro Nashville Police Dept., Sex Crimes Unit

DATE SEEN: 04/28/09 (Nashville General Hospital Emergency Department)

## REFERRAL HISTORY:

Our Kids is contacted by Detective Ledford of Metro Nashville Police Department, Sex Crimes Unit, with a history of a 14-year-old female who was taken from the state of Minnesota by adult males. The child is disclosing penile-vaginal penetration by one of the males she considers to be her boyfriend as well as by other males who were with the boyfriend. The last contact was early Sunday morning, 4/26/09. Minnesota police are involved in the investigation and request a medicolegal evaluation.

Beverly Cotton, RN, MSN, CPNP-PC

## PRESENTING HISTORY:

████ was accompanied by Heather Baltz with Metro Nashville Police Department, Sex Crimes Unit. Ms. Baltz reported that ████ is a 14-year-old Somali female who originally is from Minneapolis, Minnesota. Her parents reported her as a runaway on Friday night, 4/24/09. ████ spent the weekend in Minnesota and then went to Nashville with some males to Nashville on Monday, 4/27/09. They were stopped at a traffic stop today, and ████ was found with four Somali men, who may be gang members. ████ has disclosed having sex with 7-8 male partners since Friday night. Reportedly, all of the sexual contact occurred in Minnesota. The last sexual contact was Sunday night, 4/26/09. The males in the car were arrested due to contributing to the delinquency of a minor. ████ will go to juvenile detention to await her parents' arrival from Minnesota. ████ was reported penile-vaginal penetration and penile-oral penetration by numerous males.

## MEDICAL HISTORY FROM CHILD:

████ willingly accompanied me to the exam room. She appeared tired; however, she made good eye contact. Her hair was tousled, and she wore a black baseball cap. She

1818 Albion Street ◆ Nashville, Tennessee 37208
T: 615-341-4000 ◆ F: 615-341-4493
we care for YOU. for life.

DISCOVERY044534

GOVERNMENT
EXHIBIT
197- C

appeared her stated age. ███ was responsive to questions and cooperative with the interview and exam process. Her language and cognitive skills appeared, grossly, average for her age. Her speech was clear.

Explanations regarding the nature and purpose of the exam were provided to ███ The need to ask questions for the purpose of medical diagnosis and treatment was reviewed. Limits of confidentiality were also reviewed, and ███ demonstrated understanding of the explanations provided to her. Anatomy was reviewed. ███ demonstrated accurate understanding of genital anatomy.

Regarding general medical history, ███ reported that she has constant pain, burning, and itching in her vaginal area since Monday. She said that last night she had a little bleeding in her vaginal area. She reported that her stomach has hurt since Sunday. ███ reported she occasionally takes Naproxen for headaches. She reported that she smoked marijuana on Saturday and also drank an alcoholic beverage called "E & J" on Saturday. ███ reported no history of broken bones or stitches. She reported that she had her tonsils removed when she was younger. She was hospitalized before when she ran away and had to get a check-up to make sure she was not pregnant ███ reported no problems with her vision, hearing, breathing, or sleeping. ███ reported that she has started menstruating and that she had her last period "a while ago." She uses pads during her cycles. ███ reported no history of constipation.

When ███ was asked why she was at the hospital this evening, she said, "I left Minnesota on Sunday, but I ran away since Friday, and I've been having sex with multiple people, and I think I might be pregnant." When ███ was asked how many people she had had sex with, she said, "Around twenty." She said this occurred between Friday and Sunday. When ███ was asked if she knew these males, she said she knew some of them. She then said the names of the men, which included: "Hollywood", his real name is Hagi Filliman, who is 19 years old; Abdi (last name unknown), 19 years old; Yasin (last name unknown), age 18; and Abdul (last name unknown), age 19. ███ did not know the names of the other men ███ reported that the last time she had sex was Sunday afternoon, 4/26/09. When ███ was asked if she had any concerns about her body, she said that at the time she had no concerns, but now she is concerned about having sexually transmitted infections and being pregnant. ███ reported penile-oral penetration, penile-anal pentration, penile-vaginal penetration, oral-neck contact, and oral-breasts contact ███ said that some of the men used condoms, but not all of them. ███ reported that the four named men she mentioned all performed the aforementioned sexual acts with her. She reported "pre-ejaculation" and "ejaculation" on her vagina and in her mouth. ███ reported that she has showered since the last sexual contact. When ███ was asked if she had ever had sexual contact before this weekend, she said that 2

DISCOVERY044535

PRINTED BY: ████████  DATE: 6/16/2009


years ago she ran away and had sex with a 19-year-old named Jerry (last name unknown). She reported penile-vaginal penetration and penile-oral penetration by Jerry. ▮▮ reported that she dated Jerry for 3 months and that then "he got locked up." ▮▮ was asked why she had run away from home, she reported that her parents are "strict". ▮▮ reported no history of self-harm or suicidal ideation. She reported that she has no ▮▮al health diagnosis. Ayan reported that she has showered, urinated, defecated, brushed her teeth, eaten, and drank since the sexual contact on Sunday.

Pre-exam preparation was conducted, and ▮▮ listened to the information provided. She voiced no specific worries about her check-up and did the exam on her own.

Cindy Groll, LMSW

## MEDICAL HISTORY:

The past medical history is provided by ▮▮, herself. Her parents are located in Minnesota. An attempt to contact the parents by telephone is unsuccessful. In regard to her past medical history, Ayan reports she has no known drug allergies and is not currently taking medication. She does not have a primary care provider. She has had no hospitalizations, serious illnesses, broken bones, burns, or cuts that needed stitches. She is in 9th grade and reports she makes good grades.

Review of systems: ▮▮ reports that she had a urinary tract infection in the past. She currently has a vaginal discharge and is complaining of abdominal and vaginal pain with some bleeding noted. ▮▮ underwent tonsillectomy at age 12. ▮▮ entered menarche when she was 12 years of age; her last menstrual period was in April. She uses pads only and has regular periods.

## PHYSICAL EXAMINATION:

▮▮ is an alert, well-developed, well-nourished, African American female in no acute distress. She is interactive and cooperative during the physical examination. Present for the exam is Cindy Groll.

| | |
|---|---|
| Head: | normocephalic and atraumatic. |
| Eyes: | pupils are equal, round, and reactive to light and accommodation, EOMI. |
| Ears: | TMs are gray and translucent with visible landmarks. |
| Nares: | patent without discharge. |
| Throat: | petechiae are noted on the soft palate. |

Page 3 of 6

DISCOVERY044536

Neck:           supple without lymphadenopathy.
Chest:          clear to auscultation bilaterally; breasts are Tanner Stage IV.
Cardio:         regular rate and rhythm without murmur, rub, or gallop.
Abdomen:        soft, nontender, and nondistended with normal bowel sounds and no
                hepatosplenomegaly or masses.
Extremities:    warm and well perfused without clubbing, cyanosis, or edema.
Skin:           smooth, without significant lesions or rashes.
Neurological:   grossly intact.

**Anogenital Exam:** The colposcope is used to aid in the examination, and colposcopic digital images are obtained of the anogenital areas. ▮▮▮▮ remains cooperative. The genital exam is accomplished with ▮▮▮▮ in the supine lithotomy position where she is noted to be Tanner Stage IV. The posterior fourchette and fossa navicularis are unremarkable and atraumatic as is the clitoris and labia minora. Forward labial traction is used to visualize the internal structures where a fissure is noted to the inner aspect of the left labium majora that oozes bright red blood. The hymen is estrogenized. There is a notch at approximately 4 o'clock that does not extend to the base as well as a notch at 6 o'clock that does not extend to the base. Swabs for the rape kit are collected. Cervical and vaginal cultures are also collected. A speculum exam is performed, and the cervical os is visualized. The cervix is friable to touch with a cotton swab. No discharge is noted.

The anal exam is accomplished with ▮▮▮▮ in the supine knee-chest position. The anal exam reveals normal rugae with positive wink and tone. There is an anal fold at 12 o'clock that flattens with traction. There are no tags, tears, fissures, or other lesions noted in the anal area. Rectal cultures and swabs for the rape kit are collected.

Wet mount reveals scattered epithelial cells. No Trichomonads, sperm, or clue cells are noted.

Beverly Cotton, RN, MSN, CPNP-PC

**IMPRESSION:**

1.  Medicolegal evaluation for concerns of sexual assault.
2.  Medical history from the child today describing penile-vaginal contact/penetration, penile-anal contact/penetration, penile-oral contact/penetration, oral-neck contact, oral-breasts contact, and a previous history of penile-vaginal contact/penetration and penile-oral contact/penetration.

Page 4 of 6

DISCOVERY044537

PRINTED BY: labarry      DATE    6/16/2009

3.   Physical examination, which is within normal limits for the anal portion of the exam. A normal exam neither confirms nor rules out the possibility of sexual contact.

4.   The genital exam reveals the presence of an acute fissure to the inner aspect of the labium, which is consistent with ████ history of penile-genital penetration.

5.   The oral exam reveals petechial bruising to the soft palate of the mouth, which is consistent with ████ history of penile-oral penetration.

## RECOMMENDATIONS:

1.   A copy of this report is to be sent to Metro Nashville Police Department, Sex Crimes Unit, in care of Detective Woody Ledford. Detective Ledford will forward the report and rape kit to the appropriate authorities in Minnesota.

2.   Rape kit is collected consisting of one pair pants, one purple-top blood sample, two rectal swabs, two anal swabs, four vaginal swabs, two outer labial swabs, two cervical swabs, and two inner labial swabs and is released to Detective Heather Baltz, Metro Nashville Police Department.

3.   Cervical cultures for gonorrhea and chlamydia are collected.

4.   Cervical Aptima screen for gonorrhea and chlamydia is collected.

5.   Vaginal culture for Trichomonas is collected.

6.   Oral gonorrhea culture is collected.

7.   Rectal gonorrhea and chlamydia cultures are collected.

8.   Urine pregnancy test is collected (negative).

9.   Serologies are drawn for HIV, Hepatitis B surface Antigen, and RPR. (HIV is negative.)

10.  Plan B, two tablets PO, is administered to prevent pregnancy.

11.  Zithromax, 1g PO, is administered to prevent chlamydia.

12.  Rocephin, 125mg IM, is administered to prevent gonorrhea.

13.  Metronidazole, 2g PO, is administered to prevent Trichomonas.

14.  Kaletra, 400mg PO, is administered for HIV prophylaxis after explaining HIV risks, PEP side effects and benefits. Ayan consents being placed on HIV PEP. A 3-day supply (12 tablets) is provided. A prescription is also given for the remainder of the 28 days of prophylaxis.

15.  Combivir, 1 tab PO, is administered for HIV prophylaxis. A 3-day supply (6 tablets) is provided. A written prescription is also given for the remainder of the 28 days of prophylaxis.

DISCOVERY044538

PRINTED BY:  JaBarry          DATE     6/16/2009


16. Discharge sheets and 3-day supply of medication is given to Heather Baltz. █████ will be discharged to juvenile detention center. Written discharge instructions are given with HIV medication benefits and side effects and are explained to █████ mother via telephone. Instructions are given to follow up with a PCP for referral information to an infectious disease specialist for HIV PEP follow-up. █████s mother verbalizes understanding.

17. Provided brief counseling to █████ and talked with her about getting connected to a counselor in Minnesota to address the sexual abuse allegations.

_Beverly Cotton_

Beverly Cotton, RN, MSN, CPNP-PC

_Cindy Groll_

Cindy Groll, LMSW

Page 6 of 6

# Nashville General Hospital at Meharry

▶ Metropolitan Nashville Hospital Authority

**NAME:** ███████████  **MOTHER:** ███████
**UNIT#:** 760511  **COUNTY:** Minnesota
**ACCT#:** ███████  **LAW ENFORCEMENT:** Det. Woody Ledford
**DOB:** ██████  Metro Nashville Police Dept., Sex Crimes Unit

### ADDENDUM: 05/06/09

Telephone call from a pharmacist in Minnesota requesting clarification of the prescription generated in the ED for HIV post-exposure prophylaxis. After the explanation was given to the pharmacist about how to deal with that, I realized that there was an issue if the parent was just getting the prescription filled. Since ████ was seen on 4/28/09, her 3-day supply should have long since been depleted. A request was made of the pharmacist to call me back with the information of whether or not the family had gotten any other medicine prior to presenting this prescription. At the time that the pharmacist called, the family was not responding back to the pharmacy. At that point, I asked the pharmacist to give me a call once they came back and that in the meantime I would check with our infectious disease people, as my thought at the time was that the medication did not need to be filled; that it was inappropriate at this point, since so many doses of the HIV-PEP had not been taken appropriately.

I talked with Kathryn Garguilo with Vanderbilt Pediatric Infectious Disease who said it was pointless at this point for ████ to continue with the medication, as there was no way it could have been given appropriately unless the family stated that they had gotten more medication. The pharmacist never called back before it was time for me to leave, so a call was placed to the child's primary care provider, who had called earlier in the day and talked with Cindy Groll, Our Kids social worker. A call was placed to Dr. Keis in Coon Rapids, Minnesota, to let her know what was going on in case the family called her. She stated that she, too, had talked to her infectious disease folks who said it would be fine for ████ to have the medication. At that point, I requested that Dr. Keis generate that prescription herself, since we clearly had conflicting information on that and would much rather she generate the prescription. Dr. Keis's address was obtained so that relevant medical information (lab work) could be forwarded to her at Dr. Jennifer Keis, 9055 Springbrook, Coon Rapids, MN 55433; telephone (763) 236-1154.

*Sue Ross*

Sue Ross, APRN, BC-PNP

1818 Albion Street ◆ Nashville, Tennessee 37208
T: 615-341-4000 ◆ F: 615-341-4493
*we care for YOU, for life.*

DISCOVERY044540

PRINTED BY: jabarry     DATE     6/16/2009