UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:10-CR-00260 |
| | ) | |
| v. | ) | |
| | ) | JUDGE HAYNES |
| ABDIFATAH ADAN | ) | |

### GOVERNMENT'S MOTION TO AMEND WITNESS LIST

Comes now the United States of America, by its attorneys Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and the undersigned, and hereby request that this Honorable Court allow the United States to amend its witness list. In support of its motion, the Government states the following:

The Government has provided a witness list to Defendants in keeping with this Court's order. (DE 1697). Since filing its witnesses list, several Defendants have filed motions challenging the Government's proof. For example, Hassan Ahmed Dahir claims that he was a juvenile during the time of the instant charges. (DE 2004). As a result, the Government will have to call several witnesses to rebut Dahir's claim.

It is anticipated that other Defendants will similarly claim that they were juveniles during the time of the conspiracy in Counts One and Two. The age defense is one anticipated defense. There may well be others. The Government moves this Court to amend its witness list to address additional issues that have arisen since the Government filed its amended witness list.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

**s/ Blanche B. Cook**
BLANCHE COOK
Assistant United States Attorney