UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:10-CR-00260 |
| | ) | |
| v. | ) | |
| | ) | JUDGE HAYNES |
| ABDIFATAH ADAN | ) | |

## GOVERNMENT'S MOTION FOR TO SEAL DOCKET ENTRY 2013

Comes now the United States of America, by its attorneys Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Blanche B. Cook, Assistant United States Attorney, and hereby request that this Honorable Court allow the United States to file a pleading under seal. In support thereof, the United States submits the following:

Docket Entry 2013 is the summary information and resumes of the Government's witnesses in the trial for the upcoming matter. These documents were inadvertently filed and include identifying information of the Government's victim witnesses. Title 18, United States Code, Section 3509(d)(2) necessitates filing juvenile witness information under seal. The United States therefore respectfully requests that this Honorable Court seal Docket Entry 2013.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ **Blanche B. Cook**
BLANCHE COOK
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
(615) 736-5151