UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00260 |
| | ) | |
| | ) | JUDGE HAYNES |
| ABDIFATAH ADAN | ) | |

*[Handwritten: ORDER — Upon the Court's prior Order, there will not be any proceedings on Friday April 6th. As stated at the last hearing, jury selection and the first trial days, trial will be held on April 9, 2012. (signed) 4-3-12]*

**GOVERNMENT'S MOTION FOR CLARIFICATION OF SCHEDULING ORDER**

Comes now, the United States, by and through the undersigned, and respectfully asks this

Honorable Court for an order clarifying the schedule for the upcoming trial. The Court indicated

that the parties might be proceeding on Fridays and also on Monday, April 9, 2012. The

Government seeks clarification in order to schedule its witnesses, particularly those that will be

traveling during the upcoming weekend.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee


 s/Blanche Cook
Blanche B. Cook
Assistant United States Attorney
110 Ninth Avenue S., Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151