# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES,**<br>Plaintiff<br><br>vs<br><br>**DAHIR NOR IBRAHIM**,<br>Defendant | Case No. 3:10-00260-15<br><br>Hon. Haynes |

## MOTION TO EXCLUDE GOVERNMENT'S PROPOSED EXPERT TESTIMONY

Defendant Dahir Ibrahim, on behalf of himself and all other defendants, respectfully moves for an order excluding the testimony of several government proposed experts on the basis that the government has not complied with F.R.Crim.P. 16(a)(1)(G) and due to late disclosure two weeks into the trial.

A brief in support is filed contemporaneously with this motion.

Respectfully submitted,

/s/ Jerry Gonzalez
Jerry Gonzalez (18379)
Attorney for Defendant (15)
2441-Q Old Fort Parkway
No. 381
Murfreesboro TN 37128
615-360-6060
jgonzalez@jglaw.net

1

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following:

Van Vincent
United States Department of Justice
110 9th Avenue, South
Suite A-961
Nashville, TN 37203-3870
Phone: (615) 736-5151
van.vincent@usdoj.gov

This the 8th day of April, 2012.

/s/ Jerry Gonzalez

2