UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00085 |
| | ) | JUDGE CAMPBELL |
| ABDULLAHI FARAH | ) | |

ORDER

Pending before the Court is the United States' Motion For Court To Officiate Deposition Of Abdullahi Farah a/k/a Gray Goose (Docket No. 53). Through the Motion, the Government requests that the Court officiate at a deposition of Abdullah Farah to be held on September 12, 2012 for use in future trials in the case of United States v. Adan, et al. (Criminal Case No. 3:10-00260).

The Motion is DENIED. The Government has not cited any legal authority supporting its request. In any event, the Court is scheduled to be conducting a trial during the time the deposition is scheduled.

This Order shall also be filed in U.S. v. Adan, Case No. 3:10-00260.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE