UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00085 |
| | ) | |
| ABDULLAHI FARAH | ) | JUDGE CAMPBELL |

## <u>ORDER REQUIRING PRESENCE OF DEFENDANTS AND COUNSEL AT DEPOSITION OF ABDULLAHI FARAH ON SEPTEMBER 12, 2012, AT 1:00 P.M.</u>

Upon motion of the United States at docket entry 51, the Court hereby **ORDERS** the following defendants and their attorneys in criminal case 3:10-00260 to be present at the deposition of Abdullahi Farah a/k/a Gray Goose on Wednesday September 12, 2012, 1:00 p.m. at the United States Courthouse, 801 Broadway Nashville, TN at a courtroom to be determined.

[6]  MUSSE AHMED ALI a/k/a "FAT BOY",

[8] FADUMA MOHAMED FARAH a/k/a "BARNIE",

[9]  IDRIS IBRAHIM FAHRA a/k/a "CHI TOWN",

[14]  MUHIYADIN HUSSEIN HASSAN a/k/a "CD",

[15] DAHIR NOR IBRAHIM a/k/a "DAHIR LUCKY",

[16]  ABDIFATAH BASHIR JAMA a/k/a  "OHIO",   [

[17]  ANDREW KAYACHITH   a/k/a "AK",

[18]  ABDIGADIR AHMED KHALIF a/k/a "AWALI",

[20] MUSTAFA AHMED MOHAMED,

[22] ABDIFATAH SHARIF OMAR a/k/a   "BRITISH", a/k/a"PINKY",

[23]  LIBAN SHARIF OMAR a/k/a"SUNDERRA",

[24]  MOHAMED SHARIF OMAR a/k/a "MOJO",

[26] HAJI OSMAN SALAD a/k/a "HOLLYWOOD",

[27] BIBI AHMED SAID,

[29] YASSIN ABDIRAHMAN YUSUF a/k/a "JUNIOR" a/k/a "BLACK CAT JUNIOR"

The Court further **ORDERS** counsel for the following defendants to be present at the deposition:

[2] ABDULLAHI SADE AFYARE a/k/a "FOREHEAD",

[4] YAHYA JAMAL AHMED

[10] YASIN AHMED FARAH,

[12] FATAH HAJI HASHI a/k/a "JERRY" a/k/a "JR",

[19] BASHIR YASIN MOHAMUD a/k/a "BR"

[25] HAMDI ALI OSMAN a/k/a "BIG HAMDI" a/k/a "BOSS LADY",

The Court further excuses defendants [2] ABDULLAHI SADE AFYARE a/k/a "FOREHEAD", [4] YAHYA JAMAL AHMED and [19] BASHIR YASIN MOHAMUD a/k/a "BR" from being present at the deposition based upon Chief Judge Haynes Orders in case 3:10-00260 docket entry numbers 2732, 2739, and 2740.

The Court further excuses defendants [10] YASIN AHMED FARAH, [12] FATAH HAJI HASHI a/k/a "JERRY" a/k/a "JR", and [25] HAMDI ALI OSMAN a/k/a "BIG HAMDI" a/k/a "BOSS LADY", based upon the motions filed by their counsel in criminal case 3:10-00260 docket

entry numbers 2738, 2743, and 2744, requesting that these defendants be excused from attending the deposition.

This Order shall also be filed in <u>U.S. v. Adan</u>, Case No. 3:10-00260.

_____
TODD J. CAMPBELL\
UNITED STATES DISTRICT JUDGE