UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00085 |
| | ) | |
| ABDULLAHI FARAH | ) | JUDGE CAMPBELL |

## ORDER REQUIRING PRODUCTION OF ABDULLAHI FARAH ON SEPTEMBER 12, 2012, AT 1:00 P.M. FOR THE PURPOSE OF DEPOSITION

Upon motion of the United States at docket entry 52, the Court hereby **ORDERS** the United States Marshal's Service produce defendant Abdullahi Farah for deposition on September 12, 2012, at 1:00 p.m. The Deposition is to occur at the United States Courthouse, 801 Broadway Nashville, TN at a courtroom to be determined.

This Order shall also be filed in U.S. v. Adan, Case No. 3:10-00260.

*Todd Campbell*
TODD J. CAMPBELL\
UNITED STATES DISTRICT JUDGE